IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| Beecher Cotton, et al,<br><br>    Plaintiffs,<br><br> v.<br><br>Limetree Bay Ventures, LLC, et al,<br><br>    Defendants. | Case No. 1:21-cv-261<br><br>Removed from: SUPERIOR COURT OF THE VIRGIN ISLANDS<br>Civil No. SX-21-CV-00414<br>COMPLEX LITIGATION |

**CONSENT TO REMOVAL**

COME NOW, Pursuant to 28 U.S.C. § 1441(a), Defendants Limetree Bay Refining, LLC, Limetree Bay Terminals, LLC, Limetree Bay Ventures, LLC, Freepoint Commodities, LLC, EIG Global Energy Partners, LLC, and BP Products North America consent to ArcLight Capital Partners, LLC's notice of removal of this action from the Superior Court of the Virgin Islands to this Honorable Court.

*Cotton, et al v. Limetree Bay, et al.*, Case No. 1:21-cv-261
Removed from Superior Court, SX-21-CV-414
<u>Consent to Removal</u>
Page 2

| | |
|---|---|
| Dated:   June 24, 2021 | By:  */s/ Carl Beckstedt, III, Esq.*<br>Carl Beckstedt, III, Esq.<br>Attorney for Limetree Bay |
| Dated:  June 24, 2021 | By:  */s/ Daryl Dodson, Esq.*<br>Daryl Dodson, Esq.<br>Attorney for Freepoint Commodities |
| Dated: June 24, 2021 | By:  */s/ Adam Marinelli, Esq.*<br>Adam Marinelli, Esq.<br>Attorney for EIG |
| Dated: June 24, 2021 | By:  */s/ Jennifer Brooks, Esq.*<br>Jennifer Brooks, Esq.<br>Attorney for BP Products North America |