## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| BEECHER COTTON, PAMELA COLON, SIRDINA ISAAC-JOSEPH, ESTHER CLIFFORD, SYLVIA BROWNE, ALVINA JEAN-MARIE ILARRAZA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, LIMETREE BAY REFINING, LLC, LIMETREE BAY TERMINALS, LLC, ARCLIGHT CAPITAL PARTNERS, LLC, FREEPOINT COMMODITIES, LLC, EIG GLOBAL ENERGY PARTNERS, LLC, BP PRODUCTS NORTH AMERICA, INC. and JOHN DOES 1-10.,<br><br>Defendants. | CASE NO. 1:21-CV-00261-WAL-GWC |

### PLAINTIFFS' STATUS REPORT CONCERNING BANKRUPTCY PROCEEDINGS

Plaintiffs, through their undersigned counsel, hereby provide the following status report concerning the bankruptcy stay in this matter pursuant to *In re: Limetree Bay Services, LLC, et al.*, No. 21-32351 (DRJ), pending in the United States Bankruptcy Coourt for the Southern District of Texas. Last week, the Bankruptcy Court confirmed Limetree Bay Refining, LLC's Plan of Liquidation. which Plan provides for lifting the stay of this case upon the Effective Date of the Plan., which is expected to occur in the next several days. Thus, pursuant to the confirmed Plan, the Plaintiffs, putative Class members and those injured by the contamination incidents will be allowed to proceed against the Debtors including Limetree Bay Refining, LLC as a nominal Defendant for (a)

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Cotton, Beecher, et. al. v. Limetree Bay Ventures, LLC, et. al. (Class Action), Case No. 1:21-CV-00261-WAL-GWC
**NOTICE TO COURT OF THE STATUS OF THE BANKRUPTCY MATTER**
Page 2

the purpose of establishing claims against the Debtors and (b) to preserve rights to insurance proceeds. Plaintiffs will also be allowed to proceed as to all other Defendants.

In the Bankruptcy case, Limetree Bay Terminals, LLC reached an agreement with the consolidated plaintiffs to provide drinking water to the putative Class members and made certain agreements concerning the number of distribution locations, and amount of water allowable. Those sites continue to have significant traffic of multiple families on St. Croix who are victims of the contamination incidents within the affected areas. To date, most roofs, downspouts, and cisterns have not been properly cleaned, and thousands of St. Croix residents remain with contaminated water and property, and the lack of potable water ***over a year after the discharges***. It has been suggested by Limetree Bay Terminals, LLC that if Plaintiffs continue with litigation in St. Croix, they may stop all water distribution that was agreed to during the Bankruptcy proceedings. If this occurs, Plaintiffs will seek an Emergency Affirmative Injunction to continue providing water, and to provide funds to clean the cisterns, and for other remedies as soon as the stay is lifted.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiffs

DATED: May 25, 2022

BY: __/s/ *Lee J. Rohn*__
Lee J. Rohn, Esq.
VI Bar No. 52
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
**lee@rohnlaw.com**

Cotton, Beecher, et. al. v. Limetree Bay Ventures, LLC, et. al. (Class Action), Case No. 1:21-CV-00261-WAL-GWC
**NOTICE TO COURT OF THE STATUS OF THE BANKRUPTCY MATTER**
Page 3

# CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on May 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Adam N. Marinelli, Esq.
BoltNagi, PC
4608 Tutu Park Mall, Ste. 202
St. Thomas, VI  00802
Email Address: amarinelli@vilaw.com; iteare@vilaw.com
   Attorney For: EIG Global Energy Partners, LLC

Andres A. Pino, Esq.
Hamilton, Miller & Birthisel, VI P.C.
150 Southeast Second Avenue, #1200
Miami, FL  33131
Email Address: apino@hamiltonmillerlaw.com
   Attorney For: BP Products North America, Inc.

Carl A. Beckstedt, III, Esq.
Robert Kuczynski, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI  00820
Email Address: carl@beckstedtlaw.com; tarsha@beckstedtlaw.com; robb@BeckstedtLaw.com; maureen@beckstedtlaw.com
   Attorney For: Limetree Bay Terminals, LLC, Limetree Bay Terminals, LLC, Limetree Bay Ventures, LLC

Charles Lockwood, Esq.
Dudley Newman Feuerizeig, LLP
1131 King Street, Suite 204
Christiansted, St. Croix, VI  00820
Email Address: clockwood@dnfvi.com; dcarbin@dnfvi.com;
   Attorney For: Arclight Capital Partners, LLC

Daniel T. Donovan, P.C.
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC  20004
Email Address: ddonovan@kirkland.com
   Attorney For: Arclight Capital Partners, LLC

Cotton, Beecher, et. al. v. Limetree Bay Ventures, LLC, et. al. (Class Action), Case No. 1:21-CV-00261-WAL-GWC
**NOTICE TO COURT OF THE STATUS OF THE BANKRUPTCY MATTER**
Page 4

    Dena R. Young, Esq.
    Berger Montague PC
    1818 Market Street, Suite 3600
    Philadelphia, PA  19103
    Email Address: dyoung@bm.net
        Attorney For: Beecher Cotton, et. al.

    Fhonda R. Trotter, Esq.
    Arnold Porter Kaye Scholer LLP
    777 South Figueroa Street, 44th Floor
    Los Angeles, CA  90017-5844
    Email Address: rhonda.trotter@arnoldporter.com
        Attorney For: BP Products North America, Inc.

    Francis C. Healy. Esq.
    Stroock & Stroock & Lavan LLP
    180 Maiden Lane
    New York, NY  10038
    Email Address: fhealy@stroock.com
        Attorney For: Freepoint Commodities, LLC

    Holly R. Trogdon. Esq.
    Kirkland & Ellis LLP
    1301 Pennsylvania Avenue NW
    Washington, DC  20004
    Email Address: holly.trogdon@kirkland.com
        Attorney For: Arclight Capital Partners, LLC

    J. Daryl Dodson, Esq.
    Moore, Dodson, Russell & Wilhite, P.C.
    5035 Norre Gade, Suite 201
    P. O. Box 310
    St. Thomas, VI  00804-0310
    Email Address: daryl@mdrvi.com
        Attorney For: Freepoint Commodities, LLC

    Jennifer P. Brooks, Esq.
    Schuyler A. Smith, Esq.
    Hamilton, Miller & Birthisel, LLP
    150 Southeast Second Avenue
    Suite 1200
    Miami, FL  33131
    Email Address: jmiller@hamiltonmillerlaw.com; jgarcia@hamiltonmillerlaw.com

Cotton, Beecher, et. al. v. Limetree Bay Ventures, LLC, et. al. (Class Action), Case No. 1:21-CV-00261-WAL-GWC
**NOTICE TO COURT OF THE STATUS OF THE BANKRUPTCY MATTER**
Page 5

ssmith@hamiltonmillerlaw.com; nalvarez@hamiltonmillerlaw.com; gbernardez@hamiltonmillerlaw.com; jvera@hamiltonmillerlaw.com; bpusvi@hamiltonmillerlaw.com
Attorney For: BP Products North America, Inc.

John G. Albanese, Esq
Berger Montague PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN  55413
Email Address: jalbanese@bm.net
   Attorney For: Beecher Cotton, et. al.

John Q. Kerrigan, Esq
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Email Address: jkerrigan@bm.net
   Attorney For: Beecher Cotton, et. al.

Kevin J. Bruno, Esq.
Blank Rome, LLP
1271 Avenue of the Americas
New York, NY  10020-0208
Email Address: KBruno@BlankRome.com
   Attorney For: Limetree Bay Terminals, LLC, Limetree Bay Ventures, LLC

Lori B. Leskin, Esq.
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY  10019-9710
Email Address: lori.leskin@arnoldporter.com
   Attorney For: BP Products North America, Inc.

Matthew S. Owen, Esq.
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC  20004
Email Address: matt.owen@kirkland.com
   Attorney For: Arclight Capital Partners, LLC

Shanon J. Carson, Esq
Berger Montague PC
1818 Market Street, Suite 3600

Cotton, Beecher, et. al. v. Limetree Bay Ventures, LLC, et. al. (Class Action), Case No. 1:21-CV-00261-WAL-GWC
**NOTICE TO COURT OF THE STATUS OF THE BANKRUPTCY MATTER**
Page 6

    Philadelphia, PA  19103
    Email Address: scarson@bm.net
        Attorney For: Beecher Cotton, et. al.

    Xavier J. Avery, Esq.
    Kirkland & Ellis LLP
    609 Main Street
    Houston, TX  77002
    Email Address: xavier.avery@kirkland.com
        Attorney For: Arclight Capital Partners, LLC


BY:   /s/ *Lee J. Rohn*  (kj)