IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| BEECHER COTTON, PAMELA COLON, SIRDINA ISAAC-JOSEPH, ESTHER CLIFFORD, SYLVIA BROWNE, ALVINA JEAN-MARIE ILARRAZA, RYAN ALLEYNE, AGNES AUGUSTUS, and CESARINA MIRANDA, individually and on behalf of all others similarly situated, | CASE NO. 1:21-CV-00261-WAL-EAH |
| Plaintiffs, | CLASS ACTION COMPLAINT |
| v. | ACTION FOR DAMAGES |
| LIMETREE BAY VENTURES, LLC, LIMETREE BAY HOLDINGS, LLC, LIMETREE BAY REFINING, LLC, LBR LIQUIDATING TRUST, DAVID M. DUNN, LIMETREE BAY TERMINALS, LLC, ARCLIGHT CAPITAL PARTNERS, LLC, FREEPOINT COMMODITIES, LLC, EIG GLOBAL ENERGY PARTNERS, LLC, BP PRODUCTS NORTH AMERICA, INC., UNIVERSAL PLANT SERVICES, (VI), LLC, EXCEL CONSTRUCTION & MAINTENANCE VI, INC. ELITE TURNAROUND SPECIALISTS, LTD., PINNACLE SERVICES, LLC, VERSA INTEGRITY GROUP, INC., NATIONAL INDUSTRIAL SERVICES, LLC and JOHN DOES 1-100., | JURY TRIAL DEMANDED |
| Defendants. | |

**RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST LBR LIQUIDATING TRUST, DAVID DUNN AND LIMETREE BAY TERMINALS, LLC**

Plaintiffs, individually and on behalf of all others similarly situated as defined in Plaintiffs' operative First Amended Class Action Complaint ("Class Members"), respectfully move this Court for a temporary restraining order and preliminary injunction against LBR Liquidating Trust, David M. Dunn; and Limetree

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

*Cotton, Beecher, et. al. v. Limetree Bay Ventures, LLC, et. al.*, Case No. 1:21-CV-00261
**Renewed Motion for Temporary Restraining Order and Preliminary Injunction Against LBR Liquidating Trust, David Dunn and Limetree Bay Terminals, LLC**
Page 2

Bay Terminals, LLC (d/b/a Ocean Point Terminals) (the "Injunction Defendants"). Plaintiffs have filed their Memorandum of Law in support contemporaneously with this motion.

                RESPECTFULLY SUBMITTED
                LEE J. ROHN AND ASSOCIATES, LLC
                Attorneys for Plaintiffs

DATED: January 25, 2023        BY: /s/ *Lee J. Rohn*
                Lee J. Rohn
                Rhea R. Lawrence
                Lee J. Rohn and Associates, LLC
                1108 King Street, Suite 3 (mailing)
                56 King Street, Third Floor (physical)
                Christiansted, St. Croix
                U.S. Virgin Islands 00820
                Telephone: (340) 778-8855
                lee@rohnlaw.com
                rhea@rohnlaw.com

                Shanon J. Carson
                Dena Young
                John Kerrigan
                BERGER MONTAGUE PC
                1818 Market Street, Suite 3600
                Philadelphia, PA 19103
                Telephone: (215) 875-3000
                scarson@bm.net
                dyoung@bm.net
                jkerrigan@bm.net

                Warren T. Burns, Esq.
                BURNS CHAREST LLP
                900 Jackson Street, Suite 500
                Dallas, Texas 75202
                Telephone: (469) 904-4550
                wburns@burnscharest.com
                mbarrie@burnscharest.com

*Cotton, Beecher, et. al. v. Limetree Bay Ventures, LLC, et. al.*, Case No. 1:21-CV-00261
**Renewed Motion for Temporary Restraining Order and Preliminary Injunction Against LBR Liquidating Trust, David Dunn and Limetree Bay Terminals, LLC**
Page 3

    Korey A. Nelson, Esq.
    H. Rick Yelton, Esq.
    BURNS CHAREST LLP
    365 Canal Street, Suite 1170
    New Orleans, LA 70130
    Telephone: (504) 799-2845
    knelson@burnscharest.com
    ryelton@burnscharest.com

    Vincent Colianni, II, Esq.
    Vincent A. Colianni, Esq.
    Marina Leonard, Esq.
    COLIANNI & COLIANNI
    2120 Company Street
    Christiansted, VI 00820
    Telephone: (340) 719-1766
    mailbox@colianni.com
    vinny@colianni.com
    vince@colianni.com
    marina@colianni.com

    C. Jacob Gower, Esq.
    GOWER LEGAL LLC
    1919 Pine Street
    New Orleans, LA 70118
    (337) 298-9734
    jacob@gowerlegal.com

    *Attorneys for Plaintiffs*

*Cotton, Beecher, et. al. v. Limetree Bay Ventures, LLC, et. al.*, Case No. 1:21-CV-00261
**Renewed Motion for Temporary Restraining Order and Preliminary Injunction Against LBR Liquidating Trust, David Dunn and Limetree Bay Terminals, LLC**
Page 4

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on January 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record