# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **LIMETREE BAY VENTURES, LLC, et al.,** <br><br> Defendants. | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **LIMETREE BAY VENTURES, LLC, et al.,** <br><br> Defendants. | **Civil Action No. 2021-0259** |
| **FRANCIS E. CHARLES and THERESA J. CHARLES,** <br><br> Plaintiffs, <br><br> v. <br><br> **LIMETREE BAY VENTURES, LLC, et al.,** <br><br> Defendants. | **Civil Action No. 2021-0260** |

1

|  |  |
|---|---|
| BEECHER COTTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>Defendants. | Civil Action No. 2021-0261 |

## PLAINTIFFS' AMENDED EXHIBIT LIST

Pursuant to this Court's Order dated February 2, 2023, Plaintiffs in these consolidated cases attach hereto as Exhibit 1 the following Amended Exhibit List for the hearing on March 2, 2023. Plaintiffs attach the additional exhibit included in the Amended Exhibit List as Exhibit 2.

                                                RESPECTFULLY SUBMITTED
                                                LEE J. ROHN AND ASSOCIATES, LLC

DATED: February 28, 2023        BY:   /s/ Lee J. Rohn
                                                Lee J. Rohn, Esq.
                                                Rhea R. Lawrence, Esq.
                                                1108 King Street, Suite 3 (mailing)
                                                56 King Street, Third Floor (physical)
                                                Christiansted, St. Croix
                                                U.S. Virgin Islands 00820
                                                Telephone: (340) 778-8855
                                                lee@rohnlaw.com
                                                rhea@rohnlaw.com

DATED: February 28, 2023        BY:   /s/ Shanon J. Carson
                                                Shanon J. Carson, Esq.
                                                Dena Young, Esq.
                                                John Kerrigan, Esq.
                                                BERGER MONTAGUE PC
                                                1818 Market Street, Suite 3600
                                                Philadelphia, PA 19103

                Telephone: (2150) 875-3000
                scarson@bm.net
                dyoung@bm.net
                jkerrigan@bm.net

                Counsel for the Cotton Plaintiffs

DATED:  February 28, 2023    BY: /s/ Warren T. Burnes
                Warren T. Burnes, Esq.
                Daniel H. Charest., Esq.
                Martin D. Barrie, Esq.
                Quinn M. Burns, Esq.
                BURNS CHAREST LLP
                900 Jackson Street, Suite 500
                Dallas, Texas 75202
                Telephone: (469) 904-4550
                wburns@burnscharest.com
                dcharest@burnscharest.com
                mbarrie@burnscharest.com
                qburns@burnscharest.com

DATED:  February 28, 2023    BY: /s/ Korey A. Nelson
                Korey A. Nelson, Esq.
                H. Rick Yelton, Esq.
                BURNS CHAREST LLP
                365 Canal Street, Suite 1170
                New Orleans, LA 70130
                Telephone: (504) 799-2845
                knelson@burnscharest.com
                ryelton@burnscharest.com

DATED:  February 28, 2023    BY: /s/ Timothy W. Burns
                Timothy W. Burns
                BURNS BAIR LLP
                10 E. Doty Street, Suite 600
                Madison, Wisconsin 53703
                Telephone: (608) 286-2302
                tburns@burnsbair.com

DATED:  February 28, 2023    BY: /s/ Vincent Colianni II
                Vincent Colianni, II, Esq.
                Vincent A. Colianni, Esq.
                Marina Leonard, Esq.

        COLIANNI & LEONARD LLC
        2120 Company Street
        Christiansted, VI 00820
        Telephone: (340) 719-1766
        vinny@colianni.com
        vince@colianni.com
        marina@colianni.com

DATED: February 28, 2023    BY: /s/ C. Jacob Gower
        C. Jacob Gower, Esq.
        GOWER LEGAL LLC
        1919 Pine Street
        New Orleans, LA 70118
        Telephone: (337) 298-9734
        jacob@gowerlegal.com

        Counsel for the Shirley Plaintiffs

DATED: February 28, 2023    BY: /s/ Hugh Lambert
        Hugh Lambert, Esq.
        J. Christopher Zainey, Esq.
        Brian Mersman, Esq.
        LAMBERT ZAINEY SMITH & SOSO, APLC
        701 Magazine Street
        New Orleans, Louisiana 70130
        Telephone: (504) 581-1750
        Facsimile: (504) 529-2931
        hlambert@lambertainey.com
        czainey@lambertzainey.com
        bmersman@lambertzainey.com

DATED: February 28, 2023    BY: /s/ Kerry J. Miller
        Kerry J. Miller, Esq.
        Paul C. Thibodeaux, Esq.
        E. Blair Schilling, Esq.
        Rebekka C. Veith, Esq.
        C. Hogan Paschal, Esq.
        FISHMAN HAYGOOD, L.L.P.
        201 St. Charles Avenue, 46th Floor
        New Orleans, Louisiana 70170
        Telephone: (504) 586-5252
        kmiller@fishmanhaygood.com
        pthibodeaux@fishmanheygood.com

bschilling@fishmanhaygood.com
rveith@fishmanhaygood.com
hpaschal@fishmanhaygood.com

DATED: February 28, 2023        BY:   /s/ Jennifer Jones
                                Jennifer Jones, Esq.
                                9003 Havensight Mall, Ste. 319
                                St. Thomas, V.I. 00802
                                Telephone: (340) 779-7386
                                jjones@vienvironmentallaw.com

                                Counsel for the Boynes Plaintiffs

DATED: February 28, 2023        BY:   /s/ John K. Dema
                                John K. Dema, Esq.
                                LAW OFFICES OF JOHN K. DEMA, PC
                                1236 Strand Street, Suite 103
                                Christiansted, St. Croix, VI 00820
                                Telephone: (340) 773-6142
                                jdema@demalaw.com

                                Counsel for the Charles Plaintiffs