# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF THE U.S. VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| BEECHER COTTON, PAMELA COLON, SIRDINA ISAAC-JOSEPH, ESTHER CLIFFORD, SYLVIA BROWNE, ALVINA JEAN-MARIE ILARRAZA, RYAN ALLEYNE, AGNES AUGUSTUS, and CESARINA MIRANDA, individually and on behalf of all others similarly situated, | Case No. 1:21-cv-00261-WAL-EAH<br><br>**Action for Damage and Injunctive Relief**<br><br>**Jury Trial Demanded** |
| Plaintiffs, | |
| v. | |
| LIMETREE BAY VENTURES, LLC, LIMETREE BAY HOLDINGS, LLC, LIMETREE BAY REFINING, LLC, LBR LIQUIDATING TRUST, DAVID M. DUNN, LIMETREE BAY TERMINALS, LLC, DBA OCEAN POINT TERMINALS, ARCLIGHT CAPITAL PARTNERS, LLC, FREEPOINT COMMODITIES, LLC, EIG GLOBAL ENERGY PARTNERS, LLC, BP PRODUCTS NORTH AMERICA, INC., UNIVERSAL PLANT SERVICES, (VI), LLC, EXCEL CONSTRUCTION & MAINTENANCE VI, INC., ELITE TURNAROUND SPECIALISTS, LTD., PINNACLE SERVICES LLC, VERSA INTEGRITY GROUP, INC., NATIONAL INDUSTRIAL SERVICES, LLC, and JOHN DOES 1-100, | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Quinn Burns, Esq., admitted to appear *pro hac vice*, hereby enters an appearance as additional counsel of record for Plaintiffs.

Dated: February 28, 2023          Respectfully Submitted,

         */s/ Quinn Burns*
         Quinn Burns, Esq. (Admitted *pro hac vice*)
         BURNS CHAREST LLP
         900 Jackson Street, Suite 500
         Dallas, Texas 75202
         Telephone: (469) 904-4550
         qburns@burnscharest.com

         Korey A. Nelson, Esq. (R2012)
         BURNS CHAREST LLP
         365 Canal Street, Suite 1170
         New Orleans, LA 70130
         Telephone: (504) 799-2845
         knelson@burnscharest.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties to this action who receive electronic service through CM/ECF.

         */s/ Quinn Burns*
         Quinn Burns, Esq.