## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **CLIFFORD BOYNES, et al.,** | ) | |
| | ) | **Civil Action No. 2021-0253** |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **HELEN SHIRLEY, et al.,** | ) | |
| | ) | **Civil Action No. 2021-0259** |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **FRANCIS E. CHARLES and THERESA J. CHARLES,** | ) | |
| | ) | **Civil Action No. 2021-0260** |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **BEECHER COTTON, et al.,** | ) | |
| | ) | **Civil Action No. 2021-0261** |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT'S NOTICE OF FILING DECLARATION IN SUPPORT OF OPPOSITION TO PLAINTFFS' AMENDED MOTIONS FOR PRELIMINARY INJUNCTION**

**COMES NOW** Defendant, LIMETREE BAY TERMINALS, LLC (d/b/a Ocean Point Terminals) ("Terminals"), by and through undersigned counsel, and pursuant to LRCi 7.1(b), hereby files this Declaration of Charles Menzie, Ph.D. in support of its Opposition to Plaintiffs' Amended Motions for Preliminary Injunction.

Respectfully Submitted,

**BECKSTEDT & KUCZYNSKI LLP**
Attorneys for Limetree Bay Terminals, LLC
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831

DATED: March 1, 2023          By:     s/ Carl A. Beckstedt III, Esq.
                                       Carl A. Beckstedt III, Esq.
                                       VI Bar No. 684
                                       carl@beckstedtlaw.com

                                       *and*

                                       **BLANK ROME LLP**
                                       Kevin J. Bruno, Esq.
                                       *admitted pro hac vice in Cotton, Civ. No. 2021-0261*
                                       1271 Avenue of the Americas
                                       New York, NY 10020
                                       212.885.5000
                                       kbruno@blankrome.com

                                       Melanie S. Carter, Esq.
                                       *admitted pro hac vice in Shirley, Civ. No. 2021-0259*
                                       130 N. 18th Street
                                       One Logan Square
                                       Philadelphia, PA 19103
                                       215.569.5720
                                       melanie.carter@blankrome.com

                                       *Counsel for Limetree Bay Terminals, LLC*