**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>　　　　Defendants. | **Civil Action No. 2021-0253** |
| HELEN SHIRLEY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>　　　　Defendants. | **Civil Action No. 2021-0259** |
| FRANCIS E. CHARLES and THERESA J. CHARLES,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>　　　　Defendants. | **Civil Action No. 2021-0260** |
| BEECHER COTTON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>　　　　Defendants. | **Civil Action No. 2021-0261** |

## LBT'S AMENDED EXHIBIT LIST

| No. | Exhibit | ID | Authenticated[1] | Offered | Admitted |
|---|---|---|---|---|---|
| 1. | EPA Notice of Violation CAA-02-2021-1307 | | S-A | | |
| 2. | Refinery Operating Agreement (LBT) dtd 7-2-2018 | | | | |
| 3. | Refinery Operating Agreement (LBR) dtd 7-2-2018 | | | | |
| 4. | Shared Services Agreement | | S-A | | |
| 5. | Stipulation and Agreed Order Adopting Water Distribution Program | | S-A | | |
| 6. | Declaration of Akeel St. Jean | | | | |
| 7. | Declaration of Jeffrey Charles | | | | |
| 8. | Declaration and CV of Karen J. Murray, Ph.D. | | | | |
| 9. | CV of Charles A. Menzie, Ph.D. | | | | |
| 10. | Declaration of Dr. Marco Kaltofen | | | | |
| 11. | Declaration of Dr. Michael Henry | | | | |
| 12. | Declaration of Dr. Stephen King | | | | |
| 13. | Declaration and CV of Charles A. Menzie, Ph.D. | | | | |

LBT makes this disclosure based on its best information available to date, and LBT reserves its right to use demonstrative and impeachment exhibits.

Respectfully submitted,

**BECKSTEDT & KUCZYNSKI LLP**
*Attorneys for Limetree Bay Terminals, LLC*
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831

DATED: March 1, 2023       By:   s/ Carl A. Beckstedt III, Esq.
Carl A. Beckstedt III, Esq.
VI Bar No. 684
carl@beckstedtlaw.com

*and*

---

[1]Each Exhibit marked with only an "S" indicates that the parties stipulate only to the authenticity of the document. Opposing parties reserve their right to object to the use and/or admissibility of the Exhibit for any other reason. Exhibits marked with an "A" indicates opposing parties do not object to the admissibility.

**BLANK ROME LLP**
Kevin J. Bruno, Esq.
*admitted pro hac vice in Cotton, Civ. No. 2021-0261*
1271 Avenue of the Americas
New York, NY 10020
212.885.5000
kbruno@blankrome.com

Melanie S. Carter, Esq.
*admitted pro hac vice in Shirley*, *Civ. No. 2021-0259*
130 N. 18th Street
One Logan Square
Philadelphia, PA 19103
215.569.5720
melanie.carter@blankrome.com

*Counsel for Limetree Bay Terminals, LLC*