# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al., | |
| Plaintiffs, | Civil Action No. 2021-0253 |
| v. | |
| LIMETREE BAY VENTURES, LLC, et al., | |
| Defendants. | |
| HELEN SHIRLEY, et al., | |
| Plaintiffs, | Civil Action No. 2021-0259 |
| v. | |
| LIMETREE BAY VENTURES, LLC, et al., | |
| Defendants. | |
| FRANCIS E. CHARLES, et al., | |
| Plaintiffs, | Civil Action No. 2021-0260 |
| v. | |
| LIMETREE BAY VENTURES, LLC, et al., | |
| Defendants. | |
| BEECHER COTTON, et al., | |
| Plaintiffs, | Civil Action No. 2021-0261 |
| v. | |

**LIMETREE BAY VENTURES, LLC, et al.,**

      **Defendants.**

## PLAINTIFFS' MOTION FOR CERTAIN ATTORNEYS TO APPEAR REMOTELY

Plaintiffs, by and through undersigned counsel, hereby move this Honorable Court for an Order permitting certain of Plaintiffs' Counsel that will not be attending the Entitlement Hearing, scheduled for March 2, 2023, to appear remotely, via videoconferencing for purposes of listening only.

1. Plaintiffs have filed a motion for preliminary injunction, which has been set for an "Entitlement Hearing" to be heard on March 2, 2023 at the District Court of the Virgin Islands, Almeric L. Christian Federal Building, 3013 Estate Golden Rock, Suite 219, St. Croix, U.S. Virgin Islands, before Judge Wilma Lewis. *See Cotton*, 2021-0261, ECF No. 196 (setting hearing).

2. Plaintiffs have numerous counsel that will be present live at the hearing and will be Plaintiffs' primary counsel for purposes of the Entitlement Hearing.

3. Plaintiffs have certain additional counsel that seek to *listen* to the Entitlement Hearing remotely. Such additional counsel that are not present live will not be presenting evidence, and do not intend to speak during the Entitlement Hearing. Nonetheless, Plaintiffs believe that they would benefit if such additional counsel may listen to the Entitlement Hearing.

4. No prejudice will be caused to any party by the Court's granting of the instant Motion to appear via videoconferencing, as Plaintiffs' primary counsel will be live at the hearing, and those counsel that will appear remotely will not be

1

presenting evidence or otherwise addressing the Court directly during the Entitlement Hearing.

WHEREFORE, Plaintiffs respectfully request that the Court allow Plaintiffs' counsel that are not appearing live to appear via videoconferencing at the Hearing scheduled for March 2, 2023 for the purposes of listening only, and grant such other relief as the Court deems proper.

RESPECTFULLY SUBMITTED,

LEE J. ROHN AND ASSOCIATES, LLC

DATED: March 1, 2023  BY:  /s/ Lee J. Rohn
Lee J. Rohn, Esq.
Rhea R. Lawrence, Esq.
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
lee@rohnlaw.com
rhea@rohnlaw.com

DATED: March 1, 2023  BY:  /s/ Shanon J. Carson
Shanon J. Carson, Esq.
Dena Young, Esq.
John Kerrigan, Esq.
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (2150) 875-3000
scarson@bm.net
dyoung@bm.net
jkerrigan@bm.net

Counsel for the *Cotton* Plaintiffs

DATED: March 1, 2023  BY:  /s/ Warren T. Burns
Warren T. Burns, Esq.

2

|  |  |
|---|---|
|  | Daniel H. Charest., Esq.<br>Martin D. Barrie, Esq.<br>Quinn M. Burns, Esq.<br>BURNS CHAREST LLP<br>900 Jackson Street, Suite 500<br>Dallas, Texas 75202<br>Telephone: (469) 904-4550<br>wburns@burnscharest.com<br>dcharest@burnscharest.com<br>mbarrie@burnscharest.com<br>qburns@burnscharest.com |
| DATED:  March 1, 2023 | BY:   /s/ Korey A. Nelson<br>Korey A. Nelson, Esq.<br>H. Rick Yelton, Esq.<br>BURNS CHAREST LLP<br>365 Canal Street, Suite 1170<br>New Orleans, LA 70130<br>Telephone: (504) 799-2845<br>knelson@burnscharest.com<br>ryelton@burnscharest.com |
| DATED:  March 1, 2023 | BY:   /s/ Timothy W. Burns<br>Timothy W. Burns<br>BURNS BAIR LLP<br>10 E. Doty Street, Suite 600<br>Madison, Wisconsin 53703<br>Telephone: (608) 286-2302<br>tburns@burnsbair.com |
| DATED:  March 1, 2023 | BY:   /s/ Vincent Colianni II<br>Vincent Colianni, II, Esq.<br>Vincent A. Colianni, Esq.<br>Marina Leonard, Esq.<br>COLIANNI & LEONARD LLC<br>2120 Company Street<br>Christiansted, VI 00820<br>Telephone: (340) 719-1766<br>vinny@colianni.com<br>vince@colianni.com<br>marina@colianni.com |
| DATED:  March 1, 2023 | BY:   /s/ C. Jacob Gower<br>C. Jacob Gower, Esq. |

3

                        GOWER LEGAL LLC
                        1919 Pine Street
                        New Orleans, LA 70118
                        Telephone: (337) 298-9734
                        jacob@gowerlegal.com

Counsel for the *Shirley* Plaintiffs

DATED: March 1, 2023          BY:   /s/ Hugh Lambert
                      Hugh Lambert, Esq.
                      J. Christopher Zainey, Esq.
                      Brian Mersman, Esq.
                      LAMBERT ZAINEY SMITH & SOSO, APLC
                      701 Magazine Street
                      New Orleans, Louisiana 70130
                      Telephone: (504) 581-1750
                      Facsimile: (504) 529-2931
                      hlambert@lambertainey.com
                      czainey@lambertzainey.com
                      bmersman@lambertzainey.com

DATED: March 1, 2023          BY:   /s/ Kerry J. Miller
                      Kerry J. Miller, Esq.
                      Paul C. Thibodeaux, Esq.
                      E. Blair Schilling, Esq.
                      Rebekka C. Veith, Esq.
                      C. Hogan Paschal, Esq.
                      FISHMAN HAYGOOD, L.L.P.
                      201 St. Charles Avenue, 46th Floor
                      New Orleans, Louisiana 70170
                      Telephone: (504) 586-5252
                      kmiller@fishmanhaygood.com
                      pthibodeaux@fishmanheygood.com
                      bschilling@fishmanhaygood.com
                      rveith@fishmanhaygood.com
                      hpaschal@fishmanhaygood.com

DATED: March 1, 2023          BY:   /s/ Jennifer Jones
                      Jennifer Jones, Esq.
                      9003 Havensight Mall, Ste. 319
                      St. Thomas, V.I. 00802
                      Telephone: (340) 779-7386
                      jjones@vienvironmentallaw.com

                                        Counsel for the *Boynes* Plaintiffs

DATED: March 1, 2023          BY:   /s/ John K. Dema
                                        John K. Dema, Esq.
                                        LAW OFFICES OF JOHN K. DEMA, PC
                                        1236 Strand Street, Suite 103
                                        Christiansted, St. Croix, VI 00820
                                        Telephone: (340) 773-6142
                                        jdema@demalaw.com

                                        Counsel for the *Charles* Plaintiffs