## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al.,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>LIMETREE BAY VENTURES, LLC, et al.,  )<br>  )<br>  Defendants.  )<br>_____) | **Civil Action No. 2021-0253** |
| HELEN SHIRLEY, et al.,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>LIMETREE BAY VENTURES, LLC, et al.,  )<br>  )<br>  Defendants.  )<br>_____) | **Civil Action No. 2021-0259** |
| FRANCIS E. CHARLES and THERESA J. CHARLES,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>LIMETREE BAY VENTURES, LLC, et al.,  )<br>  )<br>  Defendants.  )<br>_____) | **Civil Action No. 2021-0260** |
| BEECHER COTTON, et al.,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>LIMETREE BAY VENTURES, LLC, et al.,  )<br>  )<br>  Defendants.  )<br>_____) | **Civil Action No. 2021-0261** |

## LBT'S FIRST AMENDED WITNESS LIST

Pursuant to the Court's February 2, 2023 Order, Defendant Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals ("LBT") submits this list of witnesses it expects to present by live testimony at the *entitlement* hearing commencing on March 2, 2023. LBT reserves the right to call all persons identified as witnesses by Plaintiffs; to call additional witnesses to authenticate, or otherwise lay the foundation for admission of, evidence; or to call witnesses for purposes of impeachment or rebuttal. Witnesses are listed in alphabetical order, not necessarily in the order in which Defendant intends to present the witnesses at the hearing:

| Witness | Description of Testimony | Format |
|---|---|---|
| Maria Ayolo | Shared Services; LBT & LBR Permit requirements | Live |
| Jeffry Charles | Incident Response; LBT operations; LBT & LBR Permit requirements; Shared Services; Location of LBT land and operations; Location of LBR land and operations | Live |
| Charles A. Menzie, Ph.D. | Health and Environmental regulations and standards and associated risk methodologies for evaluating petroleum hydrocarbons in water and soils. | Live |
| Karen J. Murray, Ph.D | Environmental data analysis; | Live |

LBT makes this disclosure based on its best information available to date, and LBT reserves its right to seek leave to amend and further reserves its right to arrange remote live testimony by any of these witnesses in the event they are unable to attend in person.

Respectfully submitted,

**BECKSTEDT & KUCZYNSKI LLP**

*Attorneys for Limetree Bay Terminals, LLC*
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831

DATED: March 1, 2023          By:     s/ Carl A. Beckstedt III, Esq.
                                      Carl A. Beckstedt III, Esq.
                                      VI Bar No. 684
                                      carl@beckstedtlaw.com

                                              *and*

**BLANK ROME LLP**
Kevin J. Bruno, Esq.
*admitted pro hac vice in Cotton, Civ. No. 2021-0261*
1271 Avenue of the Americas
New York, NY 10020
212.885.5000
kbruno@blankrome.com

Melanie S. Carter, Esq.
*admitted pro hac vice in Shirley*, *Civ. No. 2021-0259*
130 N. 18th Street
One Logan Square
Philadelphia, PA 19103
215.569.5720
melanie.carter@blankrome.com

*Counsel for Limetree Bay Terminals, LLC*