## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br><br> Defendants. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br><br> Defendants. | Civil Action No. 2021-0259 |
| FRANCIS E. CHARLES and THERESA J. CHARLES, <br><br> Plaintiffs, <br><br> v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br><br> Defendants. | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIMETREE BAY VENTURES, LLC, et al., <br><br> Defendants. | Civil Action No. 2021-0261 |

## NOTICE OF REQUEST FOR HOURLY TRANSCRIPTS

Pursuant to the District Court of the Virgin Islands Transcript Policy (Rev. 11/1/2019), Defendant, Limetree Bay Terminals, LLC, by undersigned counsel, hereby requests Hourly Transcript(s) of the preliminary injunction hearing to be held on **March 6, 2023 at 9:00 am** before the Honorable District Judge Wilma A. Lewis.  See, e.g., Dkt. #230, Civil No. 1:21-cv-253.

**BECKSTEDT & KUCZYNSKI LLP**
Attorneys for Limetree Bay Terminals, LLC
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831

DATED: March 4, 2023    By:    s/ Carl A. Beckstedt III, Esq.
Carl A. Beckstedt III, Esq.
VI Bar No. 684
carl@beckstedtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this March 4, 2023, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing through the Notice of Electronic Filing to all parties through their counsel of record.

s/ Carl A. Beckstedt III