**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br><br>Defendants. | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br><br>Defendants. | **Civil Action No. 2021-0259** |
| **FRANCIS E. CHARLES and THERESA J. CHARLES,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br><br>Defendants. | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br><br>Defendants. | **Civil Action No. 2021-0261** |

## NOTICE OF REQUEST FOR DAILY TRANSCRIPTS

Pursuant to the District Court of the Virgin Islands Transcript Policy (Rev. 11/1/2019), Defendant, Limetree Bay Terminals, LLC, by undersigned counsel, hereby requests Daily Transcript(s) of the preliminary injunction hearing held on **March 1, 2023 and March 2, 2023** before the Honorable District Judge Wilma A. Lewis and reported by Court Reporter Vashti Gerald-Berry.  See, e.g., Minute Entries at Dkt. #228 and Dkt. #230, Civil No. 1:21-cv-253.

|  |  |
|---|---|
|  | **BECKSTEDT & KUCZYNSKI LLP**<br>Attorneys for Limetree Bay Terminals, LLC<br>2162 Church Street<br>Christiansted, St. Croix<br>U.S. Virgin Islands 00820<br>Tel: (340) 719-8086 / Fax: (800) 886-6831 |
| DATED: March 4, 2023       By: | s/ Carl A. Beckstedt III, Esq.<br>Carl A. Beckstedt III, Esq.<br>VI Bar No. 684<br>carl@beckstedtlaw.com |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this March 4, 2023, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing through the Notice of Electronic Filing to all parties through their counsel of record.

                                         s/ Carl A. Beckstedt III