## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>    Defendants. | **Civil Action No. 2021-0253** |
| HELEN SHIRLEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>    Defendants. | **Civil Action No. 2021-0259** |
| FRANCIS E. CHARLES and THERESA J. CHARLES,<br><br>    Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>    Defendants. | **Civil Action No. 2021-0260** |
| BEECHER COTTON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br><br>    Defendants. | **Civil Action No. 2021-0261** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Limetree Bay Terminals, LLC states that its sole parent company is Limetree Bay Cayman Ltd. which is not a publicly held corporation.

Respectfully Submitted,

**BECKSTEDT & KUCZYNSKI LLP**
*Attorneys for Limetree Bay Terminals, LLC*
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831

DATED: March 8, 2023   By:   s/ Carl A. Beckstedt III, Esq.
Carl A. Beckstedt III, Esq.
VI Bar No. 684
carl@beckstedtlaw.com

  and

**BLANK ROME LLP**
Kevin J. Bruno, Esq.
*admitted pro hac vice in Cotton*, Civ. No. 2021-0261
1271 Avenue of the Americas
New York, NY 10020
212.885.5000
kbruno@blankrome.com

Melanie S. Carter, Esq.
*admitted pro hac vice in Shirley*, Civ. No. 2021-0259
130 N. 18th Street
One Logan Square
Philadelphia, PA 19103
215.569.5720
melanie.carter@blankrome.com

*Counsel for Limetree Bay Terminals, LLC*