# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br><br>Defendants. | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br><br>Defendants. | **Civil Action No. 2021-0259** |
| **FRANCIS E. CHARLES, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br><br>Defendants. | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br><br>Defendants. | **Civil Action No. 2021-0261** |

**CERTIFICATE OF SERVICE OF CENSUS DATA TO
<u>DEFENDANT LIMETREE BAY TERMINALS</u>**

The undersigned counsel hereby certifies that the Census reports and information referenced in Plaintiffs' Supplemental Briefs Regarding Waiver of Security Requirement or Imposition of a Nominal Bond in the above-captioned cases have been served upon Defendant Limetree Bay Terminals via electronic mail, pursuant to the Court's Order Dated March 7, 2023.

RESPECTFULLY SUBMITTED,

DATED:  March 9, 2023          BY:   /s/ John K. Dema
                                      John K. Dema, Esq.
                                      LAW OFFICES OF JOHN K. DEMA, PC
                                      1236 Strand Street, Suite 103
                                      Christiansted, St. Croix, VI 00820
                                      Telephone: (340) 773-6142
                                      jdema@demalaw.com