# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al., | |
| Plaintiffs, | Civil Action No. 2021-0253 |
| v. | |
| LIMETREE BAY VENTURES, LLC, et al., | |
| Defendants. | |
| HELEN SHIRLEY, et al., | |
| Plaintiffs, | Civil Action No. 2021-0259 |
| v. | |
| LIMETREE BAY VENTURES, LLC, et al., | |
| Defendants. | |
| FRANCIS E. CHARLES, et al., | |
| Plaintiffs, | Civil Action No. 2021-0260 |
| v. | |
| LIMETREE BAY VENTURES, LLC, et al., | |
| Defendants. | |
| BEECHER COTTON, et al., | |
| Plaintiffs, | Civil Action No. 2021-0261 |
| v. | |
| LIMETREE BAY VENTURES, LLC, et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE OF CENSUS DATA TO
## <u>DEFENDANT LIMETREE BAY TERMINALS</u>

The undersigned counsel hereby certifies that the Census reports and information referenced in Plaintiffs' Supplemental Briefs Regarding Waiver of Security Requirement or Imposition of a Nominal Bond in the above-captioned cases have been served upon Defendant Limetree Bay Terminals via electronic mail, pursuant to the Court's Order Dated March 7, 2023.

RESPECTFULLY SUBMITTED,

DATED:  March 9, 2023          BY:   /s/ John K. Dema
                                     John K. Dema, Esq.
                                     LAW OFFICES OF JOHN K. DEMA, PC
                                     1236 Strand Street, Suite 103
                                     Christiansted, St. Croix, VI 00820
                                     Telephone: (340) 773-6142
                                     jdema@demalaw.com

1