AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ ST. CROIX

Boynes et al

V.

Limetree Bay Ventures, LLC et al

**EXHIBIT AND WITNESS LIST**

Case Number: 1:21-CV-253

| PRESIDING JUDGE<br>Wilma A. Lewis | PLAINTIFF'S ATTORNEY<br>John K. Dema, Esq., et al | DEFENDANT'S ATTORNEY<br>Carl A. Beckstedt, Esq., et al |
|---|---|---|
| TRIAL DATE (S)<br>March 2, 2023 | COURT REPORTER<br>Vashti Gerald-Berry | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 3/2/2023 | | | Jo Anne Allen Murphy |
| 91 | | 3/2/2023 | x | x | Picture of toilet valve. |
| 92 | | 3/2/2023 | x | x | Image of toilet. |
| 96 | | 3/2/2023 | x | x | Image of cistern filter. |
| | | 3/2/2023 | | | Michael Sales, Maintenance Manager |
| 104 | | 3/2/2023 | x | x | Shared Services Limetree Facility Maintenance |
| 100 | | 3/2/2023 | x | x | Facililty Overview Map |
| 101 | | 3/2/2023 | x | x | Facilily Process Units Lists |
| 103 | | 3/2/2023 | x | x | Squential Commissioning Plan |
| | | 3/2/2023 | | | Dr. Marco Kaltofen, |
| 56 | | 3/2/2023 | x | | Dr. Marco Kaltofen CV |
| 38 | | 3/2/2023 | x | x | Image 2 of Limetree Bay Facility from the fenceline |
| 79 | | 3/2/2023 | x | x | Dr. Kaltofen Lab Notes 2 ( July 13-14, 2021) |
| 34 | | 3/2/2023 | x | x | Video of Limetree Bay Facility |
| 33 | | 3/2/2023 | x | x | Image 2 of Flare 8 at Limetree Bay Facility |
| 32 | | 3/2/2023 | x | x | Image 1 of Limetree Bay Facility |
| 30 | | 3/2/2023 | x | x | Image of Virgin Islands |
| 21 | | 3/2/2023 | x | x | Clean Air Act Emergency Order |
| 5 | | 3/2/2023 | x | x | Limetree Part 70 Operating Permit 2016 (March 9, 2011) |
| 37 | | 3/2/2023 | x | x | Image 1 of Limetree Bay Facility |
| 36 | | 3/2/2023 | x | x | Image of Individuals Sampling Cistern |
| 55 | | 3/2/2023 | x | | Declaration of Dr. Marco Kaltofen |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __4__ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

FOR THE  DISTRICT OF  ST. CROIX

Boynes et al

V.

Limetree Bay Ventures, LLC et al

**EXHIBIT AND WITNESS LIST**

Case Number: 1:21-CV-253/ 259/ 260 & 261

| PRESIDING JUDGE<br>Wilma A. Lewis | PLAINTIFF'S ATTORNEY<br>John K. Dema, Esq. et al | DEFENDANT'S ATTORNEY<br>Carl A. Beckstedt, Esq., et al |
|---|---|---|
| TRIAL DATE (S)<br>March 2, 2023 through March 7, 2023 | COURT REPORTER<br>Vashti Gerald-Berry/Yvonne Setorie | COURTROOM DEPUTY<br>Jessica Benjamin |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 107 | | 3/2/2023 | x | x | Cistern |
| 81 | | 3/2/2023 | x | x | Dr. Kaltofen Chain of Custody |
| 80 | | 3/2/2023 | x | | Dr. Kaltofen Master File |
| 69 | | 3/2/2023 | x | x | ALS Work Order 21072473 |
| 70 | | 3/2/2023 | x | x | ALS Work Order 21090388 re St. Croix |
| 71 | | 3/2/2023 | x | x | ALS Work Order 21091012 |
| 72 | | 3/2/2023 | x | x | ALS Work Order 21091043 |
| 73 | | 3/2/2023 | x | x | ALS Work Order 21092716 |
| 74 | | 3/2/2023 | x | x | ALS Work Order 21111379 |
| 75 | | 3/2/2023 | x | x | ALS Work Order 21111379 |
| 76 | | 3/2/2023 | x | x | ALS Work Order 21111403 |
| 77 | | 3/2/2023 | x | x | ALS Work Order 21111432 |
| x | | 3/2/2023 | | | Carolyn Urgent |
| x | | 3/2/2023 | | | Marisela Webster |
| 107 | | 3/2/2023 | x | x | Image of Cistern |
| x | | 3/3/2023 | | | Dr. Erno Sajo |
| 57 | | 3/3/2023 | x | x | Figure 1 Sajo Declaration |
| 60 | | 3/3/2023 | x | x | Figure 4 Sajo Declaration |
| 61 | | 3/3/2023 | x | x | Figure 5 Sajo Declaration |
| 53 | | 3/3/2023 | | | Declaration of Dr. Erno Sajo |
| 99 | | 3/3/2023 | x | x | Facility Pirpeline Schematic |
| 106 | | 3/3/2023 | x | x | Limetree Bay 2018 Restart Project Logistic Plot |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of 4 Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ ST. CROIX

Boynes et al

V.

Limetree Bay Ventures, LLC et al

**EXHIBIT AND WITNESS LIST**

Case Number:  1:21-CV-253/ 259/ 260 & 261

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wilma A. Lewis | John K. Dema, Esq., et al | Carl A. Beckstedt, Esq., et al |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| March 2, 2023 through March 7, 2023 | Vashti Gerald-Berry/ Yvonne Setorie | Jessica Benjamin |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 3/3/2023 | | | Thomas Mckowen |
| x | | 3/3/2023 | | | Julio Carino |
| x | | 3/3/2023 | | | Margaret Thompson |
| x | | 3/3/2023 | | | Dr. Michael Henry |
| | 14 | 3/3/2023 | x | x | Extraction of Dr. Henry's field notes |
| x | | 3/6/2023 | | | Catherine Elizee |
| x | | 3/6/2023 | | | Catherine Elizee's LinkedIn page. |
| 7 | | 3/6/2023 | x | x | Authority to construct and Permit to construct and permit to operate. |
| 8 | | 3/6/2023 | x | x | Limetree correspondence with DPNR April 19-23, 2021 |
| 9 | | 3/6/2023 | x | x | Limetree correspondence with DPNR April 25, 2021 |
| 10 | | 3/6/2023 | x | x | Limetree correspondence with DPNR May 5-6, 2021 |
| 11 | | 3/6/2023 | x | x | Limetree correspondence with DPNR May 8-12, 2021 |
| 12 | | 3/6/2023 | x | x | Limetree correspondence with DPNR May 10-12, 2021 |
| 116 | | 3/6/2023 | x | x | Limetree Bay Response to Flare Incident Press Release. (May) |
| 112 | | 3/6/2023 | x | | Internal EPA correspondence-May 12, 2021 |
| 113 | | 3/6/2023 | x | | Internal EPA correspondence-May 13, 2021 |
| 25 | | 3/6/2023 | x | x | EPA Letter and Attachment dated November 2022 |
| 115 | | 3/6/2023 | x | | EPA Press Release (May) |
| | 2 | 3/6/2023 | x | x | Refinery Operating Agreement (LBT) dtd 7-2-2018 |
| | 3 | 3/6/2023 | x | x | Refinery Operating Agreement (LBR) dtd 7-2-2018 |
| | LBT15 | 3/6/2023 | x | x | Letter from DPNR Commissioner. |
| 117 | | 3/6/2023 | x | x | Maricella Webster proof of claim form. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 3 of 4 Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

FOR THE **_____** DISTRICT OF **ST. CROIX**

Boynes et al

V.

Limetree Bay Ventures, LLC et al

**EXHIBIT AND WITNESS LIST**

Case Number: 1:21-CV-253/ 259/ 260 & 261

| PRESIDING JUDGE<br>Wilma A. Lewis | PLAINTIFF'S ATTORNEY<br>John K. Dema, Esq. et al | DEFENDANT'S ATTORNEY<br>Carl A. Beckstedt, Esq. et al |
|---|---|---|
| TRIAL DATE(S)<br>March 2, 2023 through March 7, 2023 | COURT REPORTER<br>Vashti Gerald-Berry/ Yvonne | COURTROOM DEPUTY<br>Jessica Benjamin |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | x | 3/6/2023 |  |  | Jeffrey Charles |
|  | 5 | 3/6/2023 | x | x | Stipulation and Agreed Order Adopting Water Distribution Program |
|  | 4 | 3/6/2023 | x | x | Shared Services Agreement |
|  | 1 | 3/6/2023 | x | x | EPA Notice of Violation |
| 20 |  | 3/6/2023 | x | x | Notice of Violation |
|  | x | 3/6/2023 |  |  | Charles A. Menzie, PhD |
| 118 |  | 3/6/2023 | x | x | EPA Response to Hovensa Refinery Release (February 2011) |
|  | 17 | 3/6/2023 | x | x | Menzie Demonstrative |
| 122 |  | 3/7/2023 | x | x | EPA fact sheet |
|  | x | 3/7/2023 |  |  | Karen J. Murray, PhD |
|  | 16 | 3/7/2023 | x | x | Murray Demonstrative |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 4 of 4 Pages