IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| BEECHER COTTON, PAMELA COLON, SIRDINA ISAAC-JOSEPH, ESTHER CLIFFORD, SYLVIA BROWNE, ALVINA JEAN MARIE ILARRAZA, RYAN ALLEYNE, AGNES AUGUSTUS, and SESARINA MIRANDA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LIMETREE BAY VENTURES, LLC, LIMETREE BAY HOLDINGS, LLC, LIMETREE BAY REFINING, LLC, LBR LIQUIDATING TRUST, DAVID M. DUNN, LIMETREE BAY TERMINALS, LLC, DBA OCEAN POINT TERMINALS, ARCLIGHT CAPITAL PARTNERS, LLC, FREEPOINT COMMODITIES, LLC, EIG GLOBAL ENERGY PARTNERS, LLC, BP PRODUCTS NORTH AMERICA, INC., UNIVERSAL PLANT SERVICES, (VI), LLC, EXCEL CONSTRUCTION & MAINTENANCE VI, INC., ELITE TURNAROUND SPECIALISTS, LTD., PINNACLE SERVICES LLC, VERSA INTEGRITY GROUP, INC., NATIONAL INDUSTRIAL SERVICES, LLC, and JOHN DOES 1-100, <br><br> Defendants. | CASE NO. 1:21-cv-00261-WAL-EAH <br><br> ACTION FOR DAMAGES AND INJUNCTIVE RELIEF <br><br> JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Kevin F. D'Amour, Esq. and Gaylin Vogel, Esq. of the law offices of BARNES, D'AMOUR & VOGEL, hereby enter their appearance as attorneys of record on behalf of Defendant, National Industrial Services, LLC. It is requested that copies of all papers filed with the Court and all notices and orders be served on Attorneys D'Amour and Vogel to the

1

email addresses set forth below.

                                        Respectfully submitted,

Dated:  March 20, 2023                /s/Kevin F. D'Amour
                                        Kevin F. D'Amour, Esq., VI Bar No. 288
                                        Gaylin Vogel, Esq., VI Bar No. 1077
                                        BARNES, D'AMOUR & VOGEL
                                        P.O. Box 224589
                                        St. Croix, VI 00822
                                        Tel: (340) 773-2785/Fax: 773-5427
                                        kevin.damour@comcast.net
                                        gaylin.vogel@comcast.net
                                        *Attorney for Defendant, National Industrial Services, LLC*