**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

**CLIFFORD BOYNES, et al.,**

    **Plaintiffs,**

    **v.**                               **1:21-cv-0253-WAL-EAH**

**LIMETREE BAY VENTURES, LLC et al.,**

    **Defendants.**

_____

**HELEN SHIRLEY, et al.,**

    **Plaintiffs,**

    **v.**                               **1:21-cv-0259-WAL-EAH**

**LIMETREE BAY VENTURES, LLC et al.,**

    **Defendants.**

_____

**MARY L. MOORHEAD, et al.,**

    **Plaintiffs,**

    **v.**                               **1:21-cv-0260-WAL-EAH**

**LIMETREE BAY VENTURES, LLC et al.,**

    **Defendants.**

_____

**BEECHER COTTON, et al.,**

    **Plaintiffs,**

    **v.**                               **1:21-cv-0261-WAL-EAH**

**LIMETREE BAY VENTURES, LLC et al.,**

    **Defendants.**

_____

*Boynes v. Limetree Bay Ventures, LLC*
1:21-cv-000253-WAL-EAH
Order
Page 2

**TO:**

| | |
|---|---|
| **John K. Dema, Esq.** | **Lisa Michelle Komives, Esq.** |
| **Charlotte K. Perrell, Esq.** | **Carly Jonakin, Esq.** |
| **Rebekka C. Veith, Esq.** | **Jon F. Carmer Jr, Esq** |
| **Derek Y. Sugimura, Esq** | **Martin A. Shelton, Esq.** |
| **Brian James Mersman, Esq.** | **Ronald S. Masterson, Esq.** |
| **Gregg R. Kronenberger, Esq.** | **Meredith Pohl, Esq.** |
| **C. Hogan Paschal, Esq.** | **Keith Kodosky, Esq.** |
| **Gaylin Vogel, Esq.** | **Rob Dille, Esq.** |
| **Hugh P. Lambert, Esq.** | **Elizabeth C. Milburn, Esq.** |
| **Alexis Hill, Esq.** | **Adam B. Zuckerman, Esq.** |
| **J. Christopher C. Zainey, Jr., Esq.** | **Kenneth M. Klemm, Esq.** |
| **William J. Sheppard, Esq.** | **Alexandra M. Lyon, Esq.** |
| **Kerry J. Miller, Esq.** | **Amy L. Champagne, Esq.** |
| **Shubhra Mashelkar, Esq.** | **Jennifer Levy, Esq.** |
| **Lee J. Rohn, Esq.** | **Anna G. Rotman, Esq.** |
| **Ethan A. Wilkinson, Esq.** | **Jennifer A. Adler, Esq.** |
| **Paul C. Thibodeaux, Esq.** | **Aimee M. Adams, Esq.** |
| **Christopher G. Garten, Esq.** | **Anna Katherine Benedict, Esq.** |
| **Jennifer Jones, Esq.** | |
| **Brendan Doherty, Esq.** | |
| **Earnesta L. Taylor, Esq.** | |
| **Nick P. Panayotopoulos, Esq.** | |
| **Charles Edward Lockwood, Esq.** | |
| **Daniel T. Donovan, Esq.** | |
| **Erin Quick, Esq.** | |
| **Mary Elizabeth Miller, Esq.** | |
| **Matthew Scott Owen, Esq.** | |
| **J. Daryl Dodson, Esq.** | |
| **Arthur Justin Herskowitz, Esq.** | |
| **Francis Healy, Esq.** | |
| **Kanaan Le'Roy Wilhite, Esq.** | |
| **Adam Nicholas Marinelli, Esq.** | |
| **Lori B. Leskin, Esq.** | |
| **Rhonda R. Trotter, Esq.** | |
| **Robert Franciscovich, Esq.** | |
| **Schuyler A. Smith, Esq.** | |
| **Andres Pino, Esq.** | |
| **Chivonne Thomas, Esq.** | |
| **Jennifer Quildon Brooks, Esq.** | |
| **Ryan C. Stutzman, Esq.** | |
| **Alex M. Moskowitz, Esq.** | |
| **Ke Zhang, Esq.** | |
| **Martin A. Sheldon, Esq.** | |
| **Michael L. Sheesley, Esq.** | |
| **Kevin F. D'Armour, Esq.** | |

*Boynes v. Limetree Bay Ventures, LLC*
1:21-cv-000253-WAL-EAH
Order
Page 3

**ORDER**

**THIS MATTER** comes before the Court on Plaintiffs' Motions to Compel Port Hamilton Refining and Transportation, LLP to Comply with Subpoena, filed on December 18, 2024 in the above four cases: Dkt. No. 881 in *Boynes v. Limetree Bay Ventures*, 1:21-cv-253; Dkt. No. 650 in *Shirley v. Limetree Bay Ventures*, 1:21-cv-259; Dkt. No. 721 in *Moorhead v. Limetree Bay Ventures*, 1:21-cv-260; and Dkt. No. 907 in *Cotton v. Limetree Bay Ventures*, 1:21-cv-261. On January 4, 2025, Plaintiffs filed a "Notice of Negotiated Extension of Time for Non-Party Port Hamilton to Respond to Plaintiffs' Motion to Compel," stating that in accordance with LRCi 6.1(b)(7), they agreed to the request of Port Hamilton Refining and Transportation ("PHRT") for an extension of 21 days to respond to the motion to compel. Dkt. No. 897 in *Boynes*.

On January 10, 2025, the Plaintiffs filed a "Notice of Production of Documents Received from Non-Party Port Hamilton Refining and Transportation, LLP in Response to Plaintiffs' Subpoena Duces Tecum." Dkt. No. 901. In the Notice, Plaintiffs state that, on January 7, 2025, they produced to Defendants documents they received from non-party PHRT, and that PHRT produced those documents in response to Plaintiffs' subpoena duces tecum. *Id.*

Although Plaintiffs did not withdraw their Motions to Compel directed at PHRT, it appears from their January 10, 2025 Notice that PHRT did, in fact, comply with the subpoena at issue and thus the dispute has been resolved.

Accordingly, it is hereby **ORDERED** that Plaintiffs' Motions to Compel Port Hamilton Refining and Transportation, LLP to Comply with Subpoena, Dkt. No. 881 in *Boynes v.*

*Boynes v. Limetree Bay Terminals*
1:21-cv-00253-WAL-EAH
Order
Page 4


*Limetree Bay Ventures*, 1:21-cv-253; Dkt. No. 650 in *Shirley v. Limetree Bay Ventures*, 1:21-cv-

259; Dkt. No. 721 in *Moorhead v. Limetree Bay Ventures*, 1:21-cv-260; and Dkt. No. 907 in

*Cotton v. Limetree Bay Ventures*, 1:21-cv-261, are **DENIED AS MOOT**.

ENTER:

Dated: February 27, 2025          /s/ Emile A. Henderson III
                                  EMILE A. HENDERSON III
                                  U.S. MAGISTRATE JUDGE