**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br>    **Plaintiffs,**<br>v.<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>    **Plaintiffs,**<br>v.<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0259** |
| **MARY L. MOORHEAD, et al.,**<br>    **Plaintiffs,**<br>v.<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br>    **Plaintiffs,**<br>v.<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    **Defendants.** | **Civil Action No. 2021-0261** |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL INFORMATION**

Plaintiffs submit this Notice of Supplemental Information to provide the Court with critical new information further supporting the denial of the Emergency Joint Motion to Stay (Dkt. 1298, 1301) filed by Defendants EIG Global Energy Partners, LLC ("EIG"), Limetree Bay Ventures, LLC ("LBV"), Limetree Bay Refining, LLC ("LBR") and Limetree Bay Terminals, LLC ("LBT") (collectively "Movers").

1

Movers ask this Court to stay all proceedings in this action until May 2026 because a handful of former executives, including Jeffrey Rinker, threatened to invoke their Fifth Amendment rights at their depositions. Defs.' Memorandum in Support of Emergency Mot. to Stay, Dkt. 1301. Movers, without basis, claim that these invocations will prevent them from presenting any "meaningful and substantive defense" in this action. Defs.' Reply in Support of Emergency Mot. to Stay, Dkt. 1330, at 15. This assertion should be rejected, and Movers' baseless motion denied for the reasons asserted in Plaintiffs' opposition. Dkt. 1322.

But now the risk of prejudice that Movers rely on in asking for a stay is further significantly reduced. Indeed, Rinker has confirmed that he will now move forward with his deposition and will not invoke the Fifth Amendment, but will instead provide substantive testimony. More specifically, on August 25, 2025, Rinker moved to dismiss his motion for protective order filed in the Southern District of Texas on July 15, 2025. Ex. A, Rinker Motion to Dismiss, 1. Rinker further confirmed that he "will testify substantively" at his deposition. *Id.* With Rinker now fully testifying, Movers no longer face the purported prejudice they rely on in asking for a stay. *See* Dkt. 1330, at 16–18. This development should be fatal to their request.

DATED: August 26, 2025                    Respectfully submitted,

BY:   */s/ Daniel H. Charest*

Warren T. Burns
Daniel H. Charest
Martin D. Barrie
Quinn M. Burns
Anna Katherine Benedict
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
wburns@burnscharest.com

dcharest@burnscharest.com
mbarrie@burnscharest.com
qburns@burnscharest.com
abenedict@burnscharest.com

Korey A. Nelson
H. Rick Yelton
BURNS CHAREST LLP
201 Saint Charles Avenue, Suite 2900
New Orleans, Louisiana 70170
Telephone: (504) 799-2845
knelson@burnscharest.com
ryelton@burnscharest.com

BY:   */s/ Timothy W. Burns*
Timothy W. Burns
BURNS BAIR LLP
10 E. Doty Street, Suite 600
Madison, Wisconsin 53703
Telephone: (608) 286-2302
tburns@burnsbair.com

BY:   */s/ Vincent Colianni II*
Vincent Colianni, II
Vincent A. Colianni
Marina Leonard
COLIANNI & LEONARD LLC
2120 Company Street
Christiansted, St. Croix, VI 00820
Telephone: (340) 719-1766
vinny@colianni.com
vince@colianni.com
marina@colianni.com

BY:   */s/ C. Jacob Gower*
C. Jacob Gower
GOWER LEGAL LLC
1919 Pine Street
New Orleans, Louisiana 70118
Telephone: (337) 298-9734
jacob@gowerlegal.com

BY:   */s/ Kerry J. Miller*

3

Kerry J. Miller
Paul C. Thibodeaux
E. Blair Schilling
Rebekka C. Veith
C. Hogan Paschal
Carly E. Jonakin
Julie S. Meaders
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170
Telephone: (504) 586-5252
kmiller@fishmanhaygood.com
pthibodeaux@fishmanhaygood.com
bschilling@fishmanhaygood.com
rveith@fishmanhaygood.com
hpaschal@fishmanhaygood.com
cjonakin@fishmanhaygood.com
jmeaders@fishmanhaygood.com

BY:    */s/ Hugh Lambert*

Hugh Lambert
J. Christopher Zainey
Brian Mersman
LAMBERT ZAINEY SMITH & SOSO, APLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lambertzainey.com
czainey@lambertzainey.com
bmersman@lambertzainey.com

BY:    */s/ Lee J. Rohn*

Lee J. Rohn
Rhea R. Lawrence
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix, VI 00820
Telephone: (340) 778-8855
lee@rohnlaw.com
rhea@rohnlaw.com

BY:    */s/ Michael Twersky*

Shanon J. Carson
Yechiel Michael Twersky
John Kerrigan

4

BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Philadelphia 19103
Telephone: (215) 875-3000
scarson@bm.net
mitwersky@bm.net
jkerrigan@bm.net

BY:  */s/ John K. Dema*

John K. Dema (V.I. Bar. No. 357)
LAW OFFICES OF JOHN K. DEMA, PC
1236 Strand Street, Suite 103
Christiansted, St. Croix, VI 00820
Telephone: (340) 773-6142
jdema@demalaw.com

**Counsel for Plaintiffs**

5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 26, 2025, a true and correct copy of the foregoing document was electronically served pursuant to the Federal Rules of Civil Procedure.

*/s/Daniel H. Charest*
Daniel H. Charest