**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,** | |
|     Plaintiffs, | |
|     v. | 1:21-cv-0253-WAL-EAH |
| **LIMETREE BAY VENTURES, LLC et al.,** | |
|     Defendants. | |
| **HELEN SHIRLEY, et al.,** | |
|     Plaintiffs, | |
|     v. | 1:21-cv-0259-WAL-EAH |
| **LIMETREE BAY VENTURES, LLC et al.,** | |
|     Defendants. | |
| **MARY L. MOORHEAD, et al.,** | |
|     Plaintiffs, | |
|     v. | 1:21-cv-0260-WAL-EAH |
| **LIMETREE BAY VENTURES, LLC et al.,** | |
|     Defendants. | |
| **BEECHER COTTON, et al.,** | |
|     Plaintiffs, | |
|     v. | 1:21-cv-0261-WAL-EAH |
| **LIMETREE BAY VENTURES, LLC et al.,** | |
|     Defendants. | |

*Boynes v. Limetree Bay Ventures*
1:21-cv-00253-WAL-EAH
Order
Page 2

**TO:**

| | |
|---|---|
| John K. Dema, Esq. | Ke Zhang, Esq. |
| Rebekka C. Veith, Esq. | Martin A. Sheldon, Esq. |
| Brian James Mersman, Esq. | Michael L. Sheesley, Esq. |
| Gregg R. Kronenberger, Esq. | Kevin F. D'Armour, Esq. |
| C. Hogan Paschal, Esq. | Lisa Michelle Komives, Esq. |
| Gaylin Vogel, Esq. | Carly Jonakin, Esq. |
| Hugh P. Lambert, Esq. | Jon F. Carmer Jr, Esq |
| Alexis Hill, Esq. | Martin A. Shelton, Esq. |
| J. Christopher C. Zainey, Jr., Esq. | Ronald S. Masterson, Esq. |
| William J. Sheppard, Esq. | Meredith Pohl, Esq. |
| Kerry J. Miller, Esq. | Keith Kodosky, Esq. |
| Shubhra Mashelkar, Esq. | Rob Dille, Esq. |
| Lee J. Rohn, Esq. | Charlotte K. Perrell, Esq. |
| Ethan A. Wilkinson, Esq. | Derek Y. Sugimura, Esq. |
| Paul C. Thibodeaux, Esq. | Kenneth M. Klemm, Esq. |
| Christopher G. Garten, Esq. | Adam B. Zuckerman, Esq. |
| Jennifer Jones, Esq. | Jose A. Herrera Paez, Esq. |
| Brendan Doherty, Esq. | Alexander M. Lyon, Esq. |
| Daniel H. Charest, Esq. | Amy L. Champagne, Esq. |
| Earnesta L. Taylor, Esq. | Jennifer G. Levy, Esq. |
| Nick P. Panayotopoulos, Esq. | Anna Rotman, Esq. |
| Charles Edward Lockwood, Esq. | Jennifer A. Adler, Esq. |
| Daniel T. Donovan, Esq. | Hadley J. Hurst, Esq. |
| Erin Quick, Esq. | Brian Epstein, Esq. |
| Mary Elizabeth Miller, Esq. | Kristin Dupre, Esq. |
| Matthew Scott Owen, Esq. | Aimee Adams, Esq. |
| J. Daryl Dodson, Esq. | Anna Katherin Benedict, Esq. |
| Arthur Justin Herskowitz, Esq. | Tracy Myers, Esq. |
| Francis Healy, Esq. | Sarah K. Casey, Esq. |
| Kanaan Le'Roy Wilhite, Esq. | Camalla K. Guyton, Esq. |
| Melvin Brosterman, Esq. | N. Kordell Caldwell, Esq. |
| Adam Nicholas Marinelli, Esq. | Carolyn F. O'Conner, Esq. |
| Lori B. Leskin, Esq. | Joseph T. Hanlon, Esq. |
| Rhonda R. Trotter, Esq. | Julie S. Meaders, Esq. |
| Robert Franciscovich, Esq. | Ronald Schirtzer, Esq. |
| Schuyler A. Smith, Esq. | Leopoldo J. Yanez, Esq. |
| Andres Pino, Esq. | Anne D. Wittmann, Esq. |
| Chivonne Thomas, Esq. | Alexander Heydemann, Esq. |
| Jennifer Quildon Brooks, Esq. | Aaron Cohn, Esq. |
| Ryan C. Stutzman, Esq. | David Kerschner, Esq. |
| Alex M. Moskowitz, Esq. | Lloyd A. Lim, Esq. |

## **ORDER**

**THIS MATTER** comes before the Court on "Third-Party, Sedgwick Claims Management Services' Emergency Motion for an Extension of Time to Produce Claims Files to Plaintiffs Pending the Court's Ruling on Sedwick's Objections to the Orders to Produce the Same," filed on August 14, 2025. Dkt. No. 1356.[1]

In a May 16, 2025 Order, the Court directed third-party Sedgwick Claims Management Services ("Sedgwick") to comply with a subpoena issued by Plaintiffs and turn over certain documents by May 30, 2025. *See* Dkt. No. 1220. Sedgwick subsequently filed objections to that Order and moved for a stay, pending resolution of those objections by the District Judge. *See* Dkt. Nos. 1229, 1230, 1231. The Court denied the request for a stay and imposed a new production deadline of August 18, 2025. *See* Dkt. No. 1334.

Prior to that deadline, on August 14, 2025, Sedgwick filed the instant motion seeking a further extension.[2] Plaintiffs filed a response on August 28, 2025 stating that Sedgwick had produced the claims files, albeit one day late. *See* Dkt. No. 1384. Plaintiffs further represented that this one-day delay was subject to agreement between the parties and that they were not seeking sanctions as a result. *Id.*

Plaintiffs argue that Sedgwick's motion is moot. *Id.* at 2-3. The Court agrees. Because Sedgwick has now produced the documents at issue, it is irrelevant whether or not the Court extends the deadline for production. Accordingly, the Court will deny the instant motion as moot.

---

[1] All citations to the docket in this Order refer to the docket in *Boynes v. Limetree Bay Ventures, LLC, et al.*, No. 1:21-cv-00253.

[2] Sedgwick previously filed a similar motion for extension of time, *see* Dkt. Nos. 1353, 1354, but then filed a notice of withdrawal of that motion before refiling the present motion. *See* Dkt. No. 1355. The Court will Order that the original motion is withdrawn.

The premises considered, it is hereby **ORDERED:**

1. The instant, "Emergency Motion for an Extension of Time to Produce Claims Files to Plaintiffs Pending the Court's Ruling on Sedwick's Objections to the Orders to Produce the Same," Dkt. No. 1356, is **DENIED AS MOOT**.

2. Pursuant to its Notice of Withdrawal, Sedgwick's original motion seeking an extension of the deadline to turn over certain documents, Dkt. No. 1353, is **WITHDRAWN**.

ENTER:

Dated: September 4, 2025

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE