IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br>    Plaintiffs,<br>v.<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    Defendants. | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>    Plaintiffs,<br>v.<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    Defendants. | **Civil Action No. 2021-0259** |
| **MARY L. MOOREHEAD, et al.,**<br>    Plaintiffs,<br>v.<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    Defendants. | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br>    Plaintiffs,<br>v.<br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    Defendants. | **Civil Action No. 2021-0261** |

## NOTICE OF DEPOSITION OF FERMIN RODRIGUEZ

Pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs notice the deposition of Fermin Rodriguez on Thursday, September 18, 2025, at 9:00 am, AST at the offices of Lee J. Rohn & Associates, 56 King Street, 3rd Floor, Christiansted, St. Croix, U.S. Virgin Islands 00820. The deposition will also take place via Zoom for remote participation.

The deposition is being taken for use as evidence and/or trial purposes, and/or any other

purpose allowed by the governing rules and will continue from day-to-day until completed. The deposition will be recorded by stenograph, audio and/or video means.

Respectfully submitted,

DATED: September 5, 2025        BY:   *s/ C. Jacob Gower*
                                      C. Jacob Gower, Esq.
                                      GOWER LEGAL LLC
                                      1919 Pine Street
                                      New Orleans, LA 70118
                                      Telephone: (337) 298-9734
                                      jacob@gowerlegal.com

DATED: September 5, 2025        BY:   *s/ Daniel H. Charest*
                                      Warren T. Burns, Esq.
                                      Daniel H. Charest., Esq.
                                      Martin D. Barrie, Esq.
                                      Quinn M. Burns, Esq.
                                      Anna Katherine Benedict, Esq.
                                      BURNS CHAREST LLP
                                      900 Jackson Street, Suite 500
                                      Dallas, Texas 75202
                                      Telephone: (469) 904-4550
                                      wburns@burnscharest.com
                                      dcharest@burnscharest.com
                                      mbarrie@burnscharest.com
                                      qburns@burnscharest.com
                                      abenedict@burnscharest.com

DATED: September 5, 2025        BY:   *s/ Korey A. Nelson*
                                      Korey A. Nelson, Esq.
                                      H. Rick Yelton, Esq.
                                      BURNS CHAREST LLP
                                      365 Canal Street, Suite 1170
                                      New Orleans, LA 70130
                                      Telephone: (504) 799-2845
                                      knelson@burnscharest.com
                                      ryelton@burnscharest.com

DATED: September 5, 2025        BY:   *s/ Timothy W. Burns*
                                      Timothy W. Burns
                                      BURNS BAIR LLP
                                      10 E. Doty Street, Suite 600
                                      Madison, Wisconsin 53703

|||
|---|---|
| | Telephone: (608) 286-2302 |
| | tburns@burnsbair.com |
| DATED: September 5, 2025 | BY: ___*s/ Vincent Colianni II*___ |
| | Vincent Colianni, II, Esq. |
| | Vincent A. Colianni, Esq. |
| | Marina Leonard, Esq. |
| | COLIANNI & LEONARD LLC |
| | 2120 Company Street |
| | Christiansted, VI 00820 |
| | Telephone: (340) 719-1766 |
| | vinny@colianni.com |
| | vince@colianni.com |
| | marina@colianni.com |
| | |
| | Counsel for the *Shirley* Plaintiffs |
| DATED: September 5, 2025 | BY: ___*s/ Shanon J. Carson*___ |
| | Shanon J. Carson, Esq. |
| | Yechiel Michael Twersky, Esq. |
| | John Kerrigan, Esq. |
| | BERGER MONTAGUE PC |
| | 1818 Market Street, Suite 3600 |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 875-3000 |
| | scarson@bm.net |
| | mitwersky@bm.net |
| | jkerrigan@bm.net |
| DATED: September 5, 2025 | BY: ___*s/ Lee J. Rohn*___ |
| | Lee J. Rohn, Esq. |
| | Rhea R. Lawrence, Esq. |
| | 1108 King Street, Suite 3 (mailing) |
| | 56 King Street, Third Floor (physical) |
| | Christiansted, St. Croix |
| | U.S. Virgin Islands 00820 |
| | Telephone: (340) 778-8855 |
| | lee@rohnlaw.com |
| | rhea@rohnlaw.com |
| | |
| | Counsel for the *Cotton* Plaintiffs |
| DATED: September 5, 2025 | BY: ___*s/ Carly E. Jonakin*___ |
| | Kerry J. Miller, Esq. |
| | Paul C. Thibodeaux, Esq. |
| | E. Blair Schilling, Esq. |
| | Rebekka C. Veith, Esq. |
| | C. Hogan Paschal, Esq. |

Carly E. Jonakin, Esq.
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170
Telephone: (504) 586-5252
kmiller@fishmanhaygood.com
pthibodeaux@fishmanhaygood.com
bschilling@fishmanhaygood.com
rveith@fishmanhaygood.com
hpaschal@fishmanhaygood.com
cjonakin@fishmanhaygood.com

DATED: September 5, 2025        BY: ___s/ Hugh Lambert_____
Hugh Lambert, Esq.
J. Christopher Zainey, Esq.
Brian Mersman, Esq.
LAMBERT ZAINEY SMITH & SOSO, APLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lambertzainey.com
czainey@lambertzainey.com
bmersman@lambertzainey.com

DATED: September 5, 2025        BY: ___s/ John K. Dema_____
John K. Dema, Esq.
LAW OFFICES OF JOHN K. DEMA, PC
1236 Strand Street, Suite 103
Christiansted, St. Croix, VI 00820

DATED: September 5, 2025        BY: _s/ Jennifer Jones_____
Jennifer Jones, Esq.
9003 Havensight Mall, Ste. 319
St. Thomas, V.I. 00802
Telephone: (340) 779-7386
jjones@vienvironmentallaw.com

Counsel for the *Boynes* Plaintiffs

DATED: September 5, 2025        BY: ___s/ John K. Dema_____
John K. Dema, Esq. (V.I. Bar. No. 357)
LAW OFFICES OF JOHN K. DEMA, PC
1236 Strand Street, Suite 103
Christiansted, St. Croix, VI 00820
Telephone: (340) 773-6142
jdema@demalaw.com

DATED: September 5, 2025         BY:    *s/ Hugh Lambert*
                                                    Hugh Lambert, Esq.
                                                    J. Christopher Zainey, Esq.
                                                    Brian Mersman, Esq.
                                                    LAMBERT ZAINEY SMITH & SOSO, APLC
                                                    701 Magazine Street
                                                    New Orleans, Louisiana 70130
                                                    Telephone: (504) 581-1750
                                                    Facsimile: (504) 529-2931
                                                    hlambert@lambertainey.com
                                                    czainey@lambertzainey.com
                                                    bmersman@lambertzainey.com

                                                    Counsel for the *Moorhead* Plaintiffs

**CERTIFICATE OF SERVICE**

       I hereby certify that on this September 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing through the Notice of Electronic Filing for parties and counsel who are Filing Users.

                                                    *s/ C. Jacob Gower*
                                                    C. Jacob Gower, Esq.