To: Andy C. Simpson 

Fri, Jan 10 at 11:43 AM

In the BVI until Sunday but yes, I am the contact for Fermin and he will cooperate. Don't know of any reason February would not work.

Tue, Jan 14 at 9:10 AM

You got some free dates that work best for Fermin? We've got a lot of shifting depo dates in February but can be flexible if we book now.

Fri, Jan 17 at 1:50 PM

This slipped down my to do list. Have a call into Fermin and will get you an answer.

Cool. Thanks.

**EXHIBIT 1**