**Karima Jenkins-Guzman**

| | |
|---|---|
| **From:** | Meaders, Julie <jmeaders@fishmanhaygood.com> |
| **Sent:** | Monday, February 17, 2025 10:09 AM |
| **To:** | asimpson@coralbrief.com |
| **Cc:** | Alexis Hill; Daniel Donovan; J Levy; Meredith Pohl; Charles Lockwood; Gregg Kronenberger; Lori Leskin; Rhonda Trotter; Robert Franciscovich; Chivonne Thomas; Jennifer Miller; Schuyler Smith; bpusvi@hamiltonmillerlaw.com; dlazo@hamiltonmillerlaw.com; Amy Champagne; Adam Zuckerman; cguyton@bakerdonelson.com; Joan Bowers; Jamie McLemore; Kordell Caldwell; Kenneth Klemm; skcasey@bakerdonelson.com; Andrew Hammond; Susan Grace; Adam Marinelli; Brendan Doherty; Alex Cochran; M Digiglia; Adam Christian; Charlotte Perrell; Stephen Herpel; Alexandra Lyon; Francis Healy; Tina Milburn; J. Daryl Dodson; Kanaan; Chris Garten; Ethan Wilkinson; jadler@wwhgd.com; Jose Herrera-Paez; Nicholas Panayotopoulos; Shubhra Mashelkar; William Joseph Sheppard; Carl Beckstedt; Earnesta Taylor; Robert Kuczynski; Gaylin Vogel; Kevin D'Amour; Liz Gonzalez; Sheila Lebron; Heather Wells; Keith Kodosky; Kim Zhang; Martin Shelton; Scott Masterson; Alex Moskowitz; Brian Epstein; James Campbell; Kristin Dupre; mbyers@campbell-trial-lawyers.com; C Young; Karin Bentz; S. Smith; Jon Carmer; Michael Sheesley; Rob Dille; Limetree-AllPlaintiffs |
| **Subject:** | RE: Limetree >> NOD to Fermin Rodriguez |

Hi all,

In order to make optimal use of everyone's time, the deposition of Fermin Rodriguez will be postponed until a week when we are conducting other depositions on-island as well.

Cordially,
Julie

Julie Meaders
jmeaders@fishmanhaygood.com

**FishmanHaygood, L.L.P.**
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170

t: 504.586.5252  d:504.586.5260  f: 504.291.2872
fishmanhaygood.com

**EXHIBIT 2**

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Meaders, Julie
**Sent:** Monday, January 27, 2025 3:26 PM
**To:** asimpson@coralbrief.com
**Cc:** alexis.hill@kirkland.com; daniel.donovan@kirkland.com; jlevy@kirkland.com; meredith.pohl@kirkland.com; clockwood@dnfvi.com; gkronenberger@dnfvi.com; lori.leskin@arnoldporter.com; rhonda.trotter@arnoldporter.com; robert.franciscovich@arnoldporter.com; cthomas@hamiltonmillerlaw.com; jmiller@hamiltonmillerlaw.com; ssmith@hamiltonmillerlaw.com; bpusvi@hamiltonmillerlaw.com; dlazo@hamiltonmillerlaw.com;

1

achampagne@bakerdonelson.com; azuckerman@bakerdonelson.com; cguyton@bakerdonelson.com; jbowers@bakerdonelson.com; jmclemore@bakerdonelson.com; kcaldwell@bakerdonelson.com; kklemm@bakerdonelson.com; skcasey@bakerdonelson.com; ahammond@whitecase.com; susan.grace@whitecase.com; amarinelli@vilaw.com; bdoherty@labordesiegel.com; acochran@labordesiegel.com; mdigiglia@labordesiegel.com; adam.christian@ogletree.com; cperrell@dnfvi.com; sherpel@dnfvi.com; alexandra.lyon@hoganlovells.com; francis.healy@hoganlovells.com; tina.milburn@hoganlovells.com; daryl@mdrvi.com; kanaan@mdrvi.com; cgarten@wwhgd.com; ewilkinson@wwhgd.com; jadler@wwhgd.com; jherrera-paez@wwhgd.com; npanayo@wwhgd.com; smashelkar@wwhgd.com; wsheppard@wwhgd.com; carl@beckstedtlaw.com; earnesta@beckstedtlaw.com; robb@beckstedtlaw.com; gvogel@usvilawfirm.com; kdamour@usvilawfirm.com; lgonzalez@usvilawfirm.com; slebron@usvilawfirm.com; heather.wells@lewisbrisbois.com; keith.kodosky@lewisbrisbois.com; kim.zhang@lewisbrisbois.com; martin.shelton@lewisbrisbois.com; scott.masterson@lewisbrisbois.com; amoskowitz@dnfvi.com; bepstein@campbell-trial-lawyers.com; jmcampbell@campbell-trial-lawyers.com; kdupre@campbell-trial-lawyers.com; mbyers@campbell-trial-lawyers.com; cyoung@virginlaw.com; kbentz@virginlaw.com; ssmith@virginlaw.com; jcarmer@maronmarvel.com; michael@sheesley-law.com; rdille@maronmarvel.com; Limetree-AllPlaintiffs <Limetree-AllPlaintiffs@burnscharest.com>
**Subject:** Limetree >> NOD to Fermin Rodriguez

Dear Counsel,

Attached is a deposition notice for Fermin Rodriguez as agreed to between Andrew Simpson and counsel for Plaintiffs.

Cordially,
Julie

Julie Meaders
jmeaders@fishmanhaygood.com

**FishmanHaygood, L.L.P.**
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170

t: 504.586.5252 d:504.586.5260 f: 504.291.2872
fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.