IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br>    Plaintiffs,<br>v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al.,<br>    Plaintiffs,<br>v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | Civil Action No. 2021-0259 |
| MARY L. MOOREHEAD, et al.,<br>    Plaintiffs,<br>v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al.,<br>    Plaintiffs,<br>v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | Civil Action No. 2021-0261 |

### NOTICE OF DEPOSITION OF FERMIN RODRIGUEZ

Pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs notice the deposition of Fermin Rodriguez on Wednesday, July 9, 2025, at 9:00 am, AST at the offices of Lee J. Rohn & Associates, 56 King Street, 3rd Floor, Christiansted, St. Croix, U.S. Virgin Islands 00820. The deposition will also take place via Zoom for remote participation.

The deposition is being taken for use as evidence and/or trial purposes, and/or any other

**EXHIBIT 3**

purpose allowed by the governing rules and will continue from day-to-day until completed. The deposition will be recorded by stenograph, audio and/or video means.

Respectfully submitted,

DATED: June 4, 2025        BY: *s/ C. Jacob Gower*
C. Jacob Gower, Esq.
GOWER LEGAL LLC
1919 Pine Street
New Orleans, LA 70118
Telephone: (337) 298-9734
jacob@gowerlegal.com

DATED: June 4, 2025        BY: *s/ Daniel H. Charest*
Warren T. Burns, Esq.
Daniel H. Charest., Esq.
Martin D. Barrie, Esq.
Quinn M. Burns, Esq.
Anna Katherine Benedict, Esq.
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
wburns@burnscharest.com
dcharest@burnscharest.com
mbarrie@burnscharest.com
qburns@burnscharest.com
abenedict@burnscharest.com

DATED: June 4, 2025        BY: *s/ Korey A. Nelson*
Korey A. Nelson, Esq.
H. Rick Yelton, Esq.
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
knelson@burnscharest.com
ryelton@burnscharest.com

DATED: June 4, 2025        BY: *s/ Timothy W. Burns*
Timothy W. Burns
BURNS BAIR LLP
10 E. Doty Street, Suite 600
Madison, Wisconsin 53703

Telephone: (608) 286-2302<br>
tburns@burnsbair.com

DATED: June 4, 2025        BY:   *s/ Vincent Colianni II*
                                                      Vincent Colianni, II, Esq.
                                                      Vincent A. Colianni, Esq.
                                                      Marina Leonard, Esq.
                                                      COLIANNI & LEONARD LLC
                                                      2120 Company Street
                                                      Christiansted, VI 00820
                                                      Telephone: (340) 719-1766
                                                      vinny@colianni.com
                                                      vince@colianni.com
                                                      marina@colianni.com

                                                      Counsel for the *Shirley* Plaintiffs

DATED: June 4, 2025        BY:   *s/ Shanon J. Carson*
                                                      Shanon J. Carson, Esq.
                                                      Yechiel Michael Twersky, Esq.
                                                      John Kerrigan, Esq.
                                                      BERGER MONTAGUE PC
                                                      1818 Market Street, Suite 3600
                                                      Philadelphia, PA 19103
                                                      Telephone: (215) 875-3000
                                                      scarson@bm.net
                                                      mitwersky@bm.net
                                                      jkerrigan@bm.net

DATED: June 4, 2025        BY:   *s/ Lee J. Rohn*
                                                      Lee J. Rohn, Esq.
                                                      Rhea R. Lawrence, Esq.
                                                      1108 King Street, Suite 3 (mailing)
                                                      56 King Street, Third Floor (physical)
                                                      Christiansted, St. Croix
                                                      U.S. Virgin Islands 00820
                                                      Telephone: (340) 778-8855
                                                      lee@rohnlaw.com
                                                      rhea@rohnlaw.com

                                                      Counsel for the *Cotton* Plaintiffs

DATED: June 4, 2025        BY:   *s/ Carly E. Jonakin*
                                                      Kerry J. Miller, Esq.
                                                      Paul C. Thibodeaux, Esq.
                                                      E. Blair Schilling, Esq.
                                                      Rebekka C. Veith, Esq.
                                                      C. Hogan Paschal, Esq.

|  |  |
|---|---|
|  | Carly E. Jonakin, Esq.<br>FISHMAN HAYGOOD, L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, Louisiana 70170<br>Telephone: (504) 586-5252<br>kmiller@fishmanhaygood.com<br>pthibodeaux@fishmanhaygood.com<br>bschilling@fishmanhaygood.com<br>rveith@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com<br>cjonakin@fishmanhaygood.com |
| DATED: June 4, 2025 | BY: *s/ Hugh Lambert*<br>Hugh Lambert, Esq.<br>J. Christopher Zainey, Esq.<br>Brian Mersman, Esq.<br>LAMBERT ZAINEY SMITH & SOSO, APLC<br>701 Magazine Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 581-1750<br>Facsimile: (504) 529-2931<br>hlambert@lambertzainey.com<br>czainey@lambertzainey.com<br>bmersman@lambertzainey.com |
| DATED: June 4, 2025 | BY: *s/ John K. Dema*<br>John K. Dema, Esq.<br>LAW OFFICES OF JOHN K. DEMA, PC<br>1236 Strand Street, Suite 103<br>Christiansted, St. Croix, VI 00820 |
| DATED: June 4, 2025 | BY: *s/ Jennifer Jones*<br>Jennifer Jones, Esq.<br>9003 Havensight Mall, Ste. 319<br>St. Thomas, V.I. 00802<br>Telephone: (340) 779-7386<br>jjones@vienvironmentallaw.com<br><br>Counsel for the *Boynes* Plaintiffs |
| DATED: June 4, 2025 | BY: *s/ John K. Dema*<br>John K. Dema, Esq. (V.I. Bar. No. 357)<br>LAW OFFICES OF JOHN K. DEMA, PC<br>1236 Strand Street, Suite 103<br>Christiansted, St. Croix, VI 00820<br>Telephone: (340) 773-6142<br>jdema@demalaw.com |

DATED: June 4, 2025  BY:   *s/ Hugh Lambert*
                                                               Hugh Lambert, Esq.
                                                               J. Christopher Zainey, Esq.
                                                               Brian Mersman, Esq.
                                                               LAMBERT ZAINEY SMITH & SOSO, APLC
                                                               701 Magazine Street
                                                               New Orleans, Louisiana 70130
                                                               Telephone: (504) 581-1750
                                                               Facsimile: (504) 529-2931
                                                               hlambert@lambertzainey.com
                                                               czainey@lambertzainey.com
                                                               bmersman@lambertzainey.com

                                                           Counsel for the *Moorhead* Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this June 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing through the Notice of Electronic Filing for parties and counsel who are Filing Users.

                                                                *s/ C. Jacob Gower*
                                                                C. Jacob Gower, Esq.