**Karima Jenkins-Guzman**

| | |
|---|---|
| **From:** | Jacob Gower <jacob@gowerlegal.com> |
| **Sent:** | Thursday, July 3, 2025 4:48 PM |
| **To:** | Jamie Donnelly |
| **Cc:** | Limetree-AllPlaintiffs |
| **Subject:** | Re: Fermin Rodriguez deposition |

Yes, please cancel the court reporter.

C. Jacob Gower
Gower Legal LLC
(337) 298-9734
Sent from my iPhone

> On Jul 3, 2025, at 3:35 PM, Jamie Donnelly <jamie@gowerlegal.com> wrote:
>
> We noticed this, do I need to cancel the court reporter or is it going forward?
>
> On Thu, Jul 3, 2025 at 3:08 PM Jacob Gower <jacob@gowerlegal.com> wrote:
>
>> C. Jacob Gower
>> Gower Legal LLC
>> (337) 298-9734
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> **From:** "Andrew C. Simpson" <asimpson@coralbrief.com>
>>> **Date:** July 3, 2025 at 2:00:48 PM CDT
>>> **To:** Jacob Gower <jacob@gowerlegal.com>
>>> **Subject: Fermin Rodriguez deposition**
>>>
>>> Dear Jacob:
>>>
>>> As you know, I have been coordinating, as counsel for Port Hamilton Refining and Transportation, LLLP ("Port Hamilton"), the coming refinery inspection and the deposition of Fermin Rodriguez. I had intended to attend

**EXHIBIT 4**

1

the deposition as counsel for Port Hamilton to protect against the disclosure of any business confidences or privileges held by Port Hamilton

Mr. Rodriguez and I discussed the deposition today and when I explained my role in the deposition, he indicated that he wanted to ensure that he was fully represented. I've investigated and believe that he may be entitled to counsel appointed by LBR's insurance carrier. I've begun the process of trying to get the carrier to appoint counsel but I'm not going to have an answer before Monday at the earliest. By then, any attorney representing him will need time to get up to speed and prepare Mr. Rodriguez for his deposition. Consequently, the deposition cannot go forward this coming Wednesday.

This will not affect the ability to hold the site inspection on Tuesday; however, if you wish to postpone the site inspection under the circumstances, Port Hamilton will accommodate you in rescheduling it.

I apologize for the short notice but wanted to get this out to you before the holiday weekend has advanced to far so that you can get notice to anyone who is traveling for Mr. Rodriguez's deposition.

I do not have contact information for all of the attorneys involved in the litigation; accordingly, I ask that you disseminate this to them as well.

Kind regards,

2

Andy

Andy Simpson

Andrew C. Simpson P.C.

2191 Church St., Ste. 5

Christiansted, St. Croix

U.S. Virgin Islands 00820

340.719.3900 x101

645-225-4701 (direct)

email: asimpson@coralbrief.com <mailto:asimpson@coralbrief.com>

web: http://www.coralbrief.com <http://www.coralbrief.com/>

Fellow, American Academy of Appellate Lawyers <https://www.appellateacademy.org/>

Member, Federation of Defense and Corporate Counsel <https://www.thefederation.org/>

Member, The Harmonie Group <https://www.harmonie.org/>

This e-mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential or exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: asimpson@coralbrief.com or via telephone: 340-719-3900 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature, as a legal opinion, or as an agreement to engage our services. To