



**CONFIDENTIALITY NOTICE:** This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and may contain information that is confidential and/or legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free, and no responsibility is accepted by Rasco, Klock & Nieto, P.L. for damage arising in any way from its use.

Due to increased wire fraud, it is required that prior to initiating any wire transfer you contact our office to verbally confirm our wire instructions.

 *Please consider the environment before printing this e-mail*

---

**From:** Jacob Gower <jacob@gowerlegal.com>
**Sent:** Monday, July 28, 2025 3:04 PM
**To:** Joseph P. Klock, Jr. <jklock@rascoklock.com>
**Cc:** Brian Mersman <bmersman@lambertzainey.com>
**Subject:** Deposition Fermin Rodriguez - Limetree Bay Refining Litigation

-This message originated outside the organization-

Attorney Klock —

I understand that you represent Mr. Fermin Rodriguez. Please correct me if I'm mistaken.

I am co-counsel to a putative class of residents of St. Croix, U.S. Virgin Islands, whose homes were inundated with oil rainout because of a release at the Limetree Bay Refinery. Mr. Rodriguez was a witness to several of the key events and prepared a root cause analysis shortly thereafter.

As I'm sure has been relayed to you, I was set to take Mr. Rodriguez's deposition earlier this month. He asked to continue the deposition a couple of days prior so that he could retain separate counsel than his current employer. I write you in hopes we can reschedule that deposition.

May I have a moment of your time for a call? Let me know a good time to chat.

Thanks,

**EXHIBIT 5**

2