**From:** Joseph P. Klock, Jr. <jklock@rascoklock.com>
**Date:** Tuesday, July 29, 2025 at 11:30 AM
**To:** Jacob Gower <jacob@gowerlegal.com>
**Cc:** Brian Mersman <bmersman@lambertzainey.com>
**Subject:** RE: Deposition Fermin Rodriguez - Limetree Bay Refining Litigation

Mr. Gower: Thank you for reaching out to me. I have recommended to Mr. Rodriguez, who we represent, that he invoke his fifth amendment rights and decline to answer any questions in any such deposition. If there Is a way that we can accommodate this without a lot of unnecessary expense, please advise me. Joe Klock

Joseph P. Klock, Jr.
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, FL 33134
Tel:   (305) 476-7100
Dir:   (305) 476-7111
Fax:  (305) 675-7707
Email: jklock@rascoklock.com

**EXHIBIT 6**