IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al., *Plaintiffs*, v. LIMETREE BAY VENTURES, LLC, et al., *Defendants*. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al., *Plaintiffs*, v. LIMETREE BAY VENTURES, LLC, et al., *Defendants*. | Civil Action No. 2021-0259 |
| FRANCIS E. CHARLES, et al., *Plaintiffs*, v. LIMETREE BAY VENTURES, LLC, et al., *Defendants*. | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al., *Plaintiffs*, v. LIMETREE BAY VENTURES, LLC, et al., *Defendants*. | Civil Action No. 2021-0261 |

**EXHIBIT 7**

1

## INDIVIDUAL SUPPLEMENTAL DISCLOSURE OF EXPERT TESTIMONY FOR DEFENDANT LIMETREE BAY TERMINALS, LLC

Defendant Limetree Bay Terminals, LLC ("LBT"), by and through its undersigned counsel, and pursuant to this Court's April 11, 2025, Amended Scheduling Order, hereby submits this individual supplemental list of expert witnesses whom LBT may call to offer opinion testimony that addresses both general opinions and opinions that are in whole or in any part specific to the Plaintiffs in the above-captioned matter, subject to the following reservations of rights [1]:

(1)  The right to supplement or amend this disclosure based upon any rulings of this Court or any other court decisions that affect the scope of evidence in this trial or in the event Plaintiffs alter or amend their witness disclosures.

(2)  The right to supplement or amend this disclosure in order to address any opinions – whether generic or case-specific – by Plaintiffs' experts.

(3)  The right to adopt experts designated by any other party to this litigation as LBT's own expert.

(4)  The right to offer rebuttal testimony to Plaintiffs' experts whose testimony cannot reasonably be foreseen until the presentation of evidence against Defendants.

---

[1] This Individual Supplemental Expert Disclosure supplements the Joint Expert Disclosure filed on behalf of LBT and co-Defendants BP Products North America, Inc. ("BPPNA"), EIG Global Energy Partners, LLC ("EIG"), Limetree Bay Refining, LLC ("LBR"), Limetree Bay Terminals, LLC ("LBT"), and Limetree Bay Ventures, LLC ("LBV"),

2

(5) The right to call un-designated rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of evidence against Defendants.

(6) The right to withdraw or de-designate any expert prior to testimony, and to state that such previously designated expert will not be called as a witness at trial and to re-designate that expert as a consulting expert who cannot be called by opposing counsel.

(7) The right to elicit any expert testimony at trial from any qualified person that would be of benefit to the jury to determine material issues of fact pursuant to the Rules of Civil Procedure, Rules of Evidence, and Local Rules.

(8) The right of all witnesses to testify about their skill, knowledge, experience, training, and education in their respective fields; the relevant medical and scientific literature, techniques, and methods of their fields; and the description and nature of their practice.

(9) The right to employ demonstrative and/or visual aids at trial to elucidate, support or supplement the testimony of any witness.

(10) By identifying the witnesses below, Defendants do not intend to waive any objections to deposition testimony, exhibits, other evidence or argument.

## RETAINED EXPERTS

1. Derik B. Gilboe
   Managing Director, Lokimox
   Post Office Box 260375
   Plano, TX 75026-0375

Derek Gilboe is the Managing Director of Lokimox. He is an expert in Refinery operations, management, and corporate governance expert. Mr. Gilboe has over ten years of senior/executive management in multiple organizations. Mr. Gilboe has experience as the responsible engineer and permit/firm holder for multiple organizations in Canada and the United States. He has been the senior team member for asset management/integrity standards and system development at multiple organizations based on international codes, standards, and regulations. Mr. Gilboe's background, training, experience, and qualifications are further detailed in his curriculum vitae, attached as Exhibit "A".

Mr. Gilboe will testify about the corporate governance and structure of Limetree Bay Terminals, LLC including the relationship between Limetree Bay Refinery, LLC and the Terminal and delegation of responsibilities from the perspective of operations and maintenance. It is anticipated that Mr. Gilboe's review will encompass relevant corporate documents, contracts, permits, operational data and other relevant facts through discovery. Mr. Gilboe's opinions may also include his analysis of process data and Refinery systems as needed to support other designated experts in their area of expertise. Mr. Gilboe's complete opinions will be contained in his forthcoming expert report.

## OTHER NON-RETAINED EXPERTS

2. Corporate Representative/Scott Sayles – Becht Engineering

Upon information and belief, Becht Engineering Company served as a technical consultant and oversight contractor for the Limetree Bay Refinery restart

project. Becht is expected to have specialized knowledge of process system engineering and investigation of the release incidents, including a root cause analyses of the release incidents.

3. LBR Operations Personnel, (including but not limited to, Fermin Rodriguez, Project Manager/Compliance Consultant, and Brent Woodland, VP Refinery Operations)

These personnel are expected to have specialized knowledge of Refinery restart, operations, maintenance, and root cause analyses of release events as well as response to governmental investigations at the Refinery.

4. Consultant Personnel (Jacobs Engineering/Worley).

Upon information and belief, Jacobs Engineering played a central and comprehensive role as the primary engineering, procurement, and construction management contractor for the Limetree Bay Refinery restart project from approximately 2016-2021 and is expected to have specialized knowledge of design, planning, systems, and mechanical engineering issues at the Refinery as they relate to the Restart and release incidents.

5. Bechtel Engineering Corporate Representative

Upon information and belief, Bechtel Engineering was the licensor of the coking unit who reviewed and opined on root cause analyses related to the release events and is expected to have specialized knowledge of its review and opinions.

5

**Beckstedt & Kuczynski LLP**

Dated: August 13, 2025

/s/ *Carl A. Beckstedt III*
Carl A. Beckstedt III, Esq.
VI Bar No. 684
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831
carl@beckstedtlaw.com

**Weinberg Wheeler Hudgins Gunn & Dial, LLC**

Dated: August 13, 2025

/s/ *Shubhra R. Mashelkar*
Shubhra R. Mashelkar
Ga. Bar No. 475388, *Admitted Pro Hac Vice*
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
Tel: (404) 876-2600 / Fax: (404) 875-9433
smashelkar@wwhgd.com

*Attorneys for Defendant Limetree Bay Terminals, LLC*

## **CERTIFICATE OF SERVICE**

    I certify that on August 13, 2025, the foregoing notice was served on all counsel of record via electronic mail.

# EXHIBIT A

**Derek B. Gilboe**, PE

Plano, TX 75025 USA
dgilboe@lokimox.com
linkedin.com/in/derekgilboe

## EXPERIENCE

| | |
|---|---|
| 2017 - Present | Lokimox (Plano, Texas USA) - Managing Director |
| 2022 – 2022 | Delek Logistics (Dallas, Texas, USA) – Vice President |
| 2011 - 2017 | Saudi Aramco (Dhahran, Saudi Arabia) - Consulting Engineer |
| 2009 – 2011 | Spectra Energy (Houston, TX USA) - Principal Engineer |
| 2008 – 2009 | Williams Midstream (Houston, TX USA) - Risk Engineer (Contract) |
| 2006-2008 | EPCO Inc. (Houston, TX USA) - Pipeline Integrity Engineer |
| 1998-2007 | Prodont Inc. (Edmonton, AB Canada) - President and CEO |
| 1998 – 1999 | Brown Corrosion Services, Inc. (Houston, TX USA) - Project Engineer |
| 1996 - 1998 | Metal Samples Company (Munford, AL USA) - Corrosion Engineer |
| 1994-1996 | Caproco (1987) Ltd. (Edmonton, AB Canada) - Engineering & QA Manager |
| 1992-1994 | RAE Inspection Service (1979) Ltd. (Edmonton, AB Canada) - Engineer |

## EDUCATION

MBA (2011) - Athabasca University, Athabasca, AB Canada.
BSc Metallurgical Engineering (1993) - University of Alberta, Edmonton, AB Canada.

### *Professional Registrations and Memberships*

Professional Engineer – Alberta PEng (52586), Texas PE (128726), California PE (MT2007), Tennessee PE (124766), Illinois PE (062.073780), Louisiana PE (PE.0046490), European Union Eur.Ing. (33089), and International Professional Engineer (Int PE), and Asia Pacific Economic Cooperation Professional Engineer (APEC PE)
Chartered Engineer – Ireland (CEng 469508)
Certified Welding Inspector (CWI 21123051) – The American Welding Society (AWS)
Member Association of Professional Engineers and Geoscientists of Alberta (APEGGA)
Member Engineers Ireland (EI)
Member Institute of Asset Management (TheIAM)
Associate Member National Academy of Forensic Engineers (NAFE)
Member American Society of Mechanical Engineers (ASME)
National Member Society of Professional Engineers (NSPE)
Member American Welding Society (AWS)
Member American Society of Nondestructive Testing (ASNT)

## PUBLICATIONS AND PRESENTATIONS

*Direct Resistance Measurement Corrosion Probe*, US Patent Number 7,034,553. United States Patent and Trademark Office (USPTO)
*Integrity Management at Saudi Aramco*, Banff Pipeline Workshop 2013 Banff, Alberta, Canada
*What is Asset Performance Management*, Best Practices in Pipeline Operations & Integrity Management 2012 Manama, Bahrain
*Engineering Ethics*. ASME South Texas Section, December 2019, Houston, TX USA
Expert Opinion on Pipeline Release CPF 3-2006-5044H. USDOT/PHMSA.
Expert Opinion on Pipeline Equipment Failure CPF 3-2009-5022. USDOT/PHMSA.

Curriculum Vitae of Derek B Gilboe (continued)

## EXPERT WITNESS CASE HISTORY

| | |
|---|---|
| 2006 | Expert Opinion on Pipeline Release CPF 3-2006-5044H. USDOT/PHMSA. |
| 2009 | Expert Opinion on Pipeline Equipment Failure CPF 3-2009-5022. USDOT/PHMSA. |
| 2020 | Bruce v. Chattanooga Gas Company, et al. (Gas Utility Management) |
| 2020 | C. Hatten v. Enterprise Products Company, et al. (Utility Worksite Safety) |
| 2020 | EXCO Resources v. Williams Pipeline (Railroad Commissioned Gas Utilities) |
| 2021 | Enterprise Products, L.P., et al. v. Axis Pipe & Tube (Pipeline Manufacturing Quality Control) |
| 2022 | C. Bryson. et al. v. Blossman Gas, et al. (LP Gas Safety) |
| 2022 | ICSID Case ARB/19/27 CTIP Oil & Gas International v. The Arab Republic of Egypt |
| 2022 | LaTex Construction Company v. Transcontinental Gas Pipe Line Company |
| 2022 | LMH Lane Cabot Yard Joint Venture v. HNTB Corporation and Jacobs Engineering Group |
| 2022 | LMH Lane Cabot Yard Joint Venture v. Massachusetts Bay Transportation Authority |
| 2023 | Estate of Shawn Bull v. Port Enterprises Ltd., et al. (Welding) |
| 2023 | Michael Green v. Century Asphalt, et. al (Welding) |
| 2024 | Estate of B. Durand v. Kinder Morgan et. al. (Pipeline Safety) |
| 2024 | F. Carillo et. al. v. Atmos Energy et. al. (Gas Utility Safety) |
| 2024 | F. Rahmani v. Northtown Auto Center GP, LLC (Propane Handling) |
| 2024 | J. Fields v. Ferrell Propane et. al. |
| 2024 | M. Green v Century Asphalt et al |
| 2024 | T. Martin et al v. Curly's Plumbing et. al. (Gas Utility Safety) |
| 2025 | Multiple Plaintiffs v Limetree Bay Ventures, LLC, et al. |
| 2025 | Ouk et al v. PG&E et al |

## MAJOR ENGINEERING PROJECTS

*Alaska Pipeline Project*, USA (2017-2018): Managed arctic condition piping modifications and inspection protocols.

*Privately-Owned Refinery Project*, USA (2017-2018): Engineering lead for pilot assessment of Alkylation Unit and Crude Processing Unit that included optimization of on-stream inspection and risk-based inspection programs.

*Gulf of Mexico FPSO*, Mexico/USA (2018-2019): Provided integrity assessment as part of an overall assessment of the FPSO.

*Karan-6 Offshore Platform*, Arabian Gulf (2011-2012): Performed comprehensive asset integrity management system assessment.

*Abqaiq Plant*, Saudi Arabia (2011-2012): Performed comprehensive asset integrity management system assessment and oversaw system deployment.

*Khursaniyah Train 4*, Saudi Arabia (2013, 2015): Performed comprehensive asset integrity management system assessment.

*Juaymah Gas Plant*, Saudi Arabia (2013-2014): Performed comprehensive asset integrity management system assessment and oversaw system deployment.

*Midyan Gas Plant*, Saudi Arabia (2016-2017): Performed comprehensive asset integrity management system assessment.

*Berri Gas Plant,* Saudi Arabia (2014): Performed comprehensive asset integrity management system assessment and oversaw system deployment.

*Riyadh Refinery*, Saudi Arabia (2015): Oversaw asset integrity management system deployment.

*Udhaliyah Gas Plant*, Saudi Arabia (2016): Oversaw asset integrity management system deployment.

*Yanbu Refinery*, Saudi Arabia (2016-2017): Oversaw asset integrity management system deployment.

Curriculum Vitae of Derek B Gilboe (continued)

*Abqaiq-Bahrain Pipeline*, Saudi Arabia and Bahrain (2012): Provided assessment of pipeline for asset integrity management and replacement, including authoring on-stream inspection procedures, governance for risk-based inspection procedures, and developing systems for risk model pilot.

*Department of Transportation Integrated Audit*, USA (2011): Established and installed a centralized integrated risk and assessment planning system while upgrading integrity programs.

*Corporate Pipeline Risk Model*, USA (2007, 2009-11): Developed assessment planning process to integrate with corporate geographic information systems, data models, and risk models. Ensured compliance and access to critical data as well as maintaining and updating the corporate pipeline risk model.

## WORK AUTHORIZATION
Canada - Citizen (Canada)
European Union - Citizen (Ireland)
United States of America -Permanent Resident (Green Card)

## SUMMARY OF EXPERIENCE: *MANAGEMENT*
Over ten years of senior/executive management in multiple organizations.
Responsible engineer and permit/firm holder for three organizations in Canada and the USA.
A proven quality and excellence system developer and assessor using global standards.
Budget, planning, and P&L responsibility for small and large organizations
Experienced in the management, supervision, mentoring and development of junior technical staff.

## SUMMARY OF EXPERIENCE: *ENGINEERING*
Senior team member for asset management/integrity standards and system development at multiple organizations based on international codes, standards, and regulations.
Senior team member for PSM application based on OSHA and global best practices.
Experienced with the development and implementation of technical procedures and work instructions.
Project management experience that includes onshore and offshore asset development.
Developed and patented technology for measurement of downhole and alkylation unit corrosion.
Design team member for mechanical tools for the oil industry and process equipment.

### *Midstream (Pipeline)*
Over ten years of operator experience with liquid and gas pipelines.
Management and oversight of integrity management programs at multiple organizations in three countries, including development of system manuals and update of legacy systems.
Created integrated integrity planning processes using geospatial data systems for workflow management to eliminate manual spreadsheets and build in controls and approvals.
Developed and managed risk models for multiple pipelines, including proof of concept use to enable organizations to use this for assessment planning and anomaly scheduling.
Led multiple failure investigations covering corrosion, stress corrosion cracking, fatigue, unsupported spans, and welding issues; responsible for PHMSA decisions for the company after failure of LFERW pipelines that avoided all negative actions.
Experienced with audits that include regulatory, safety, quality, and excellence elements.
Experienced with technical pipeline evaluation using industry standards (e.g., ASME B31G, BS7910) and advanced engineering processes including assessment method selection, anomaly scheduling, pressure cycle analysis, strain-based modeling of defects, MAOP validation, and live welding.

Curriculum Vitae of Derek B Gilboe (continued)

### *Downstream (Refining, Gas Processing, Chemicals)*
Asset management and integrity management system development and implementation, including optimization of work processes.
Operational excellence system development and assessment.
Development and implementation of on-stream inspection and risk-based inspection programs.
Field inspection of facilities for integrity.
Failure investigation lead for incidents in multiple countries.

### *Offshore*
Subject matter expert for offshore and subsea facility assessments in the Arabian Gulf.
Subject matter expert for integrity for deep water Gulf of Mexico assets including FPSO, semi-submersible, and pipeline.
Subsea design for Gulf of Mexico pipeline gathering, transmission, and riser assets.
Subject matter expert for configuration and implementation of shallow water Gulf of Mexico assets.