## Susan Klock

**From:** O'Connor, Carolyn F. <Carolyn.OConnor@wilsonelser.com>
**Sent:** Thursday, July 31, 2025 12:39 PM
**To:** Joseph P. Klock, Jr.
**Subject:** RE: Fermin Rodriguez

Dear Mr. Klock-

Has a decision been reached on whether or not Mr. Rodriguez is invoking the 5th Amendment? Please advise.

Carolyn

Carolyn F. O'Connor
Attorney at Law
Regional Managing Partner
Wilson Elser Moskowitz Edelman & Dicker LLP
7 Giralda Farms
Madison, NJ 07940
973.735.5745 (Direct)
973.985.8898 (Cell)
973.624.0800 (Main)
973.624.0808 (Fax)
carolyn.oconnor@wilsonelser.com
pronouns: she, her, hers

**EXHIBIT 9**

**From:** O'Connor, Carolyn F.
**Sent:** Monday, July 28, 2025 1:15 PM
**To:** Jacob Gower ; Hanlon, Joseph
**Cc:** Miller, Kerry ; Hugh P. "Skip" Lambert ; McCleskey, Carly Jonakin ; Veith, Rebekka C. ; Paschal, Hogan ; Meaders, Julie ; Brian Mersman
**Subject:** RE: Fermin Rodriguez

Hi Jacob-

Here you go...

Just to reiterate, we have been authorized by AIG to prepare Mr. Fermin Rodriguez for his Deposition, should his personal counsel advise him to testify at this time. As I advised Brian Mersman this morning, I await advice from Mr. Klock as to Fermin's intentions. Also, I again reached out to Mr. Klock today(via voicemail) and have not heard back.

Carolyn

**Joseph P. Klock, Jr.**

1