AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of the Virgin Islands

Clifford Boynes, et al
　　　　Plaintiff
　　　　v.
Limetree Bay Ventures, LLC, et al.
　　　　Defendant

Civil Action No. 2021-0253

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Fermin Rodriguez

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place | Lee Rohn & Associates<br>56 King Street, 3rd Floor<br>Christiansted, VI 00820 | Date and Time:<br>09/18/2025 9:00 am |
|---|---|---|

The deposition will be recorded by this method: stenograph, audio, and/or video

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

Documents and communications concerning any investigation by a grand jury related to the releases from the Limetree Bay Refinery between February 2021 and May 2021, regardless of whether you personally appeared or testified.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/03/2025

CLERK OF COURT
　　　　　　　　　　　　　　　　　OR
　　　　　　　　　　　　　　　　　　　　　　/s/ C. Jacob Gower
Signature of Clerk or Deputy Clerk　　　　Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Clifford Boynes, et al.　　　　, who issues or requests this subpoena, are
C. Jacob Gower, Esq., 1919 Pine St., New Orleans, LA 70118; jacob@gowerlegal.com; 337-298-9734

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**EXHIBIT 10**

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 2021-0253

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Terrissa Rodriguez
on *(date)* 9/3/2025.

☒ I served the subpoena by delivering a copy to the named individual as follows: SERVED MANUALLY
At Bar Hamilton
on *(date)* 9/3/2025.

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $            for travel and $            for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date    4/4/25

*Server's signature*

Hugh T. Lambert, Attorney
*Printed name and title*

701 Magazine St.
*Server's address*
New Orleans, LA 70130

Additional information regarding attempted service, etc.:

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
  (i) is a party or a party's officer; or
  (ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
 (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
 (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
 (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  (i) fails to allow a reasonable time to comply;
  (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
  (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  (iv) subjects a person to undue burden.
 (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

  (i) disclosing a trade secret or other confidential research, development, or commercial information; or
  (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
 (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
 (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  (i) expressly make the claim; and
  (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br>    Plaintiffs,<br>v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al.,<br>    Plaintiffs,<br>v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | Civil Action No. 2021-0259 |
| MARY L. MOOREHEAD, et al.,<br>    Plaintiffs,<br>v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al.,<br>    Plaintiffs,<br>v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | Civil Action No. 2021-0261 |

## NOTICE OF DEPOSITION OF FERMIN RODRIGUEZ

Pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs notice the deposition of Fermin Rodriguez on Thursday, September 18, 2025, at 9:00 am, AST at the offices of Lee J. Rohn & Associates, 56 King Street, 3rd Floor, Christiansted, St. Croix, U.S. Virgin Islands 00820. The deposition will also take place via Zoom for remote participation.

The deposition is being taken for use as evidence and/or trial purposes, and/or any other

purpose allowed by the governing rules and will continue from day-to-day until completed. The deposition will be recorded by stenograph, audio and/or video means.

Respectfully submitted,

DATED: September 5, 2025    BY: *s/ C. Jacob Gower*
                            C. Jacob Gower, Esq.
                            GOWER LEGAL LLC
                            1919 Pine Street
                            New Orleans, LA 70118
                            Telephone: (337) 298-9734
                            jacob@gowerlegal.com

DATED: September 5, 2025    BY: *s/ Daniel H. Charest*
                            Warren T. Burns, Esq.
                            Daniel H. Charest., Esq.
                            Martin D. Barrie, Esq.
                            Quinn M. Burns, Esq.
                            Anna Katherine Benedict, Esq.
                            BURNS CHAREST LLP
                            900 Jackson Street, Suite 500
                            Dallas, Texas 75202
                            Telephone: (469) 904-4550
                            wburns@burnscharest.com
                            dcharest@burnscharest.com
                            mbarrie@burnscharest.com
                            qburns@burnscharest.com
                            abenedict@burnscharest.com

DATED: September 5, 2025    BY: *s/ Korey A. Nelson*
                            Korey A. Nelson, Esq.
                            H. Rick Yelton, Esq.
                            BURNS CHAREST LLP
                            365 Canal Street, Suite 1170
                            New Orleans, LA 70130
                            Telephone: (504) 799-2845
                            knelson@burnscharest.com
                            ryelton@burnscharest.com

DATED: September 5, 2025    BY: *s/ Timothy W. Burns*
                            Timothy W. Burns
                            BURNS BAIR LLP
                            10 E. Doty Street, Suite 600
                            Madison, Wisconsin 53703

                              Telephone: (608) 286-2302
                              tburns@burnsbair.com

DATED: September 5, 2025        BY:   *s/ Vincent Colianni II*
                                            Vincent Colianni, II, Esq.
                                            Vincent A. Colianni, Esq.
                                            Marina Leonard, Esq.
                                            COLIANNI & LEONARD LLC
                                            2120 Company Street
                                            Christiansted, VI 00820
                                            Telephone: (340) 719-1766
                                            vinny@colianni.com
                                            vince@colianni.com
                                            marina@colianni.com

                                            Counsel for the *Shirley* Plaintiffs

DATED: September 5, 2025        BY:   *s/ Shanon J. Carson*
                                            Shanon J. Carson, Esq.
                                            Yechiel Michael Twersky, Esq.
                                            John Kerrigan, Esq.
                                            BERGER MONTAGUE PC
                                            1818 Market Street, Suite 3600
                                            Philadelphia, PA 19103
                                            Telephone: (215) 875-3000
                                            scarson@bm.net
                                            mitwersky@bm.net
                                            jkerrigan@bm.net

DATED: September 5, 2025        BY:   *s/ Lee J. Rohn*
                                            Lee J. Rohn, Esq.
                                            Rhea R. Lawrence, Esq.
                                            1108 King Street, Suite 3 (mailing)
                                            56 King Street, Third Floor (physical)
                                            Christiansted, St. Croix
                                            U.S. Virgin Islands 00820
                                            Telephone: (340) 778-8855
                                            lee@rohnlaw.com
                                            rhea@rohnlaw.com

                                            Counsel for the *Cotton* Plaintiffs

DATED: September 5, 2025        BY:   *s/ Carly E. Jonakin*
                                            Kerry J. Miller, Esq.
                                            Paul C. Thibodeaux, Esq.
                                            E. Blair Schilling, Esq.
                                            Rebekka C. Veith, Esq.
                                            C. Hogan Paschal, Esq.

|  |  |
|---|---|
|  | Carly E. Jonakin, Esq.<br>FISHMAN HAYGOOD, L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, Louisiana 70170<br>Telephone: (504) 586-5252<br>kmiller@fishmanhaygood.com<br>pthibodeaux@fishmanhaygood.com<br>bschilling@fishmanhaygood.com<br>rveith@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com<br>cjonakin@fishmanhaygood.com |
| DATED: September 5, 2025 | BY: *s/ Hugh Lambert*<br>Hugh Lambert, Esq.<br>J. Christopher Zainey, Esq.<br>Brian Mersman, Esq.<br>LAMBERT ZAINEY SMITH & SOSO, APLC<br>701 Magazine Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 581-1750<br>Facsimile: (504) 529-2931<br>hlambert@lambertzainey.com<br>czainey@lambertzainey.com<br>bmersman@lambertzainey.com |
| DATED: September 5, 2025 | BY: *s/ John K. Dema*<br>John K. Dema, Esq.<br>LAW OFFICES OF JOHN K. DEMA, PC<br>1236 Strand Street, Suite 103<br>Christiansted, St. Croix, VI 00820 |
| DATED: September 5, 2025 | BY: *s/ Jennifer Jones*<br>Jennifer Jones, Esq.<br>9003 Havensight Mall, Ste. 319<br>St. Thomas, V.I. 00802<br>Telephone: (340) 779-7386<br>jjones@vienvironmentallaw.com<br><br>Counsel for the *Boynes* Plaintiffs |
| DATED: September 5, 2025 | BY: *s/ John K. Dema*<br>John K. Dema, Esq. (V.I. Bar. No. 357)<br>LAW OFFICES OF JOHN K. DEMA, PC<br>1236 Strand Street, Suite 103<br>Christiansted, St. Croix, VI 00820<br>Telephone: (340) 773-6142<br>jdema@demalaw.com |

DATED: September 5, 2025     BY: _s/ Hugh Lambert_
                                  Hugh Lambert, Esq.
                                  J. Christopher Zainey, Esq.
                                  Brian Mersman, Esq.
                                  LAMBERT ZAINEY SMITH & SOSO, APLC
                                  701 Magazine Street
                                  New Orleans, Louisiana 70130
                                  Telephone: (504) 581-1750
                                  Facsimile: (504) 529-2931
                                  hlambert@lambertzainey.com
                                  czainey@lambertzainey.com
                                  bmersman@lambertzainey.com

                                  Counsel for the *Moorhead* Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this September 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing through the Notice of Electronic Filing for parties and counsel who are Filing Users.

                                  _s/ C. Jacob Gower_
                                  C. Jacob Gower, Esq.