# Lee J. Rohn

| | |
|---|---|
| **From:** | Lee J. Rohn |
| **Sent:** | Friday, September 5, 2025 4:41 PM |
| **To:** | jklock@rascoklock.com |
| **Subject:** | FW: Deposition Fermin Rodriguez - Limetree Bay Refining Litigation |
| **Attachments:** | 2025 09 03 Rodriguez Subpoena Return.pdf; 2025 09 05 Limetree - Fermin Rodriguez NOD.pdf |

Attached is the notice of deposition and subpoena return

*Lee J. Rohn*
lee@rohnlaw.com

---

**From:** Jacob Gower <jacob@gowerlegal.com>
**Sent:** Friday, September 5, 2025 3:32 PM
**To:** Lee J. Rohn <lee@rohnlaw.com>
**Subject:** FW: Deposition Fermin Rodriguez - Limetree Bay Refining Litigation

This is the last email I received from Fermin's counsel.

Attached are the notice of deposition and the subpoena return that were filed into the docket this morning. Klock may not have received them yet.

**C. Jacob Gower**
(337) 298-9734
Jacob@GowerLegal.com

---

**From:** Joseph P. Klock, Jr. <jklock@rascoklock.com>
**Date:** Tuesday, July 29, 2025 at 11:30 AM
**To:** Jacob Gower <jacob@gowerlegal.com>
**Cc:** Brian Mersman <bmersman@lambertzainey.com>
**Subject:** RE: Deposition Fermin Rodriguez - Limetree Bay Refining Litigation

Mr. Gower: Thank you for reaching out to me. I have recommended to Mr. Rodriguez, who we represent, that he invoke his fifth amendment rights and decline to answer any questions in any such deposition. If there Is a way that we can accommodate this without a lot of unnecessary expense, please advise me. Joe Klock

Joseph P. Klock, Jr.
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, FL 33134
Tel:   (305) 476-7100
Dir:   (305) 476-7111
Fax:  (305) 675-7707
Email: jklock@rascoklock.com

**EXHIBIT 11**