*Lee J. Rohn*
(Lic. Texas and U.S.V.I.)
lee@rohnlaw.com

*Mary Faith Carpenter*
(Lic. New Jersey and U.S.V.I.)
maryfaith@rohnlaw.com

*Rhea R. Lawrence*
(Lic. U.S.V.I.)
rhea@rohnlaw.com

# Lee J. Rohn and Associates, LLC

Mailing: 1108 King Street, Suite 3
Physical: 56 King Street, Third Floor
Christiansted, St. Croix VI 00820
340.778.8855 · Fax 340.773.2954

Mailing: 1026 Norre Gade, K.Q.
Physical: 24B/24BA/24BB Norre Gade, K.Q.
Charlotte Amalie, St. Thomas VI 00802
340.774.8558

TOLL FREE
866.778.0044 · Fax 866.778.0055

*Robin P. Seila*
(Lic. Massachusetts and U.S.V.I.)
robin@rohnlaw.com

*Blake M. Feamster*
(Lic. Oklahoma, Colorado\* and U.S.V.I.)
blake@rohnlaw.com

*Natalie Nelson Tang How*
Of Counsel
(Lic. U.S.V.I.)
natalie@rohnlaw.com

September 15, 2025

**VIA E-MAIL:** carolyn.oconnor@wilsonelser.com
Carolyn F. O'Connor
Wilson Elser Moskowitz Edelman & Dicker, LLP
7 Giralda Farms
Madison, NJ 07940

    RE: <u>Cotton, Beecher, et. al. v. Limetree Bay Ventures, LLC, et. al. (Class Action), Case No. 1:21-CV-00261-WAL-GWC</u>

Dear Carolyn:

    As you are aware, Mr. Fermin Rodriguez was personally served with a Subpoena for his deposition in my office, in person on September 3, 2025. Previously, Joseph P. Klock, Jr. represented to us, through Jacob Gower, that he was Fermin Rodriguez's attorney for purposes of the deposition, and he had recommended to Mr. Rodriguez that he invoke his Fifth Amendment rights and decline to answer any questions in any depositions, and requested this be "accommodated". (**Exhibit "1"**).

    I have left multiple phone messages and sent emails to Attorney Klock requesting confirmation of the deposition date, or, if a new date is needed, to meet and confer, and to discuss the position that Mr. Rodriguez will refuse to answer questions on Fifth Amendment grounds. To date, Attorney Klock has refused to respond to me. I am told he is "out of town."

    As you recall, Mr. Rodriguez's deposition was previously noticed by agreement, and the Saturday before the deposition his attorney Andrew Simpson cancelled it. on the grounds that he was not the correct attorney to prepare Mr. Rodriguez for the deposition, and he required an attorney from Limetree to properly prepare him, and requested that we continue Mr. Fermin Rodriguez's deposition. We agreed. Then there was a complete refusal to produce Mr. Rodriguez voluntarily despite the prior agreement. We then got him served after multiple attempts to do so.



**EXHIBIT 12**

Letter dated September 15, 2025
Page 2

Accordingly, please confirm:

1. Who is representing Mr. Fermin Rodriguez;
2. Whether that person will appear in person at my office for Fermin's deposition on September 18, 2025;
3. Are he or she planning to attend by Zoom; and
4. If this date is not a convenient date, what alternative dates he or she will be available for deposition of Fermin.

I look forward to your prompt response.

Cordially,

Lee J. Rohn, Esq.

LJR/kjg
cc:   Limetree Plaintiffs' Counsel

**Karima Jenkins-Guzman**

| | |
|---|---|
| From: | O'Connor, Carolyn F. <Carolyn.OConnor@wilsonelser.com> |
| Sent: | Monday, September 15, 2025 2:05 PM |
| To: | Karima Jenkins-Guzman |
| Cc: | CottonBeecheretalvLimetreeetalZ803669@rohnlaw.filevineapp.com; Lee J. Rohn; Info; Limetree-AllPlaintiffs |
| Subject: | RE: Boynes v. Limetree Bay Ventures, LLC, et. al. |

Dear Lee:

I have not heard from Mr. Rodriguez. Like you, Jacob Gower advised me that Mr. Fermin Rodriguez's personal attorney, Joseph P. Klock, Jr., was advising Mr. Fermin Rodriguez to invoke his 5th Amendment rights. I understood that Mr. Klock was representing Mr. Rodriguez under the circumstances. I have no further information. I appreciate you advising all parties should you hear back from Mr. Klock as to whether the deposition is going forward on the 18th or not.

Carolyn

Carolyn F. O'Connor
Attorney at Law
Regional Managing Partner
Wilson Elser Moskowitz Edelman & Dicker LLP
7 Giralda Farms
Madison, NJ 07940
973.735.5745 (Direct)
973.985.8898 (Cell)
973.624.0800 (Main)
973.624.0808 (Fax)
carolyn.oconnor@wilsonelser.com
pronouns: she, her, hers

  

**From:** Karima Jenkins-Guzman <karima@rohnlaw.com>
**Sent:** Monday, September 15, 2025 1:34 PM
**To:** O'Connor, Carolyn F. <Carolyn.OConnor@wilsonelser.com>; Gonzalez, Alismarys <Alismarys.Gonzalez@wilsonelser.com>
**Cc:** CottonBeecheretalvLimetreeetalZ803669@rohnlaw.filevineapp.com; Lee J. Rohn <lee@rohnlaw.com>; Info <info@rohnlaw.com>; Limetree-AllPlaintiffs <Limetree-AllPlaintiffs@burnscharest.com>
**Subject:** Boynes v. Limetree Bay Ventures, LLC, et. al.

**EXTERNAL EMAIL** This email originated from outside the organization.

*Good day, Ms. O'Connor,*

*Attached please find correspondence from Attorney Rohn.*