**Lee J. Rohn**

| | |
|---|---|
| **From:** | Lee J. Rohn |
| **Sent:** | Wednesday, September 17, 2025 1:18 PM |
| **To:** | Limetree-AllPlaintiffs |
| **Subject:** | fermin rodriguez |

I have heard back from Andrew Simpson. While he does not represent Fermin in this matter, he reached out to him, and Fermin thought he did not have to attend as he was told by Klock that he would not be answering any questions because he was pleading the 5th. Despite Klock's office claiming he has been in meetings for 2 weeks, Andy told me he is in the Dominican Republic and won't be in the states at all. Further Fermin's wife is having surgery tomorrow and Fermin will be in Puerto Rico with her. Compounding this it that Klock is not licensed in the Virgin Islands, nor admitted pro hac in this case. he evidently represented Fermin in the actual investigation and may have been admitted pro hac in connection with the criminal investigation years ago. Not sure if that allows him to represent Fermin in this action to plead the 5th since it is a separate civil action. In any event the deposition is not going forward tomorrow. I will prepare to file tomorrow a motion to compel his deposition.

*Lee J. Rohn*
Lee J. Rohn and Associates, LLC
340-778-8855 tel
340-773-2954 fax
lee@rohnlaw.com






EXHIBIT

**13**