# District Court of the Virgin Islands
## District of the Virgin Islands (St. Croix Division)
## CIVIL DOCKET FOR CASE #: 1:21-cv-00253-WAL-GAT

Boynes et al v. Limetree Bay Ventures, LLC et al
Assigned to: Judge Wilma A. Lewis
Referred to: US Magistrate Judge G. Alan Teague
Related Cases: 1:21-cv-00259-WAL-GAT
                1:21-cv-00260-WAL-GAT
                1:21-cv-00261-WAL-GAT
Case in other court: 23-02432
Cause: 33:1365 Environmental Matters

Date Filed: 06/09/2021
Jury Demand: Both
Nature of Suit: 240 Torts to Land
Jurisdiction: Diversity

**Plaintiff**

**Clifford Boynes**

represented by **John K Dema**
Law Offices of John K. Dema, P.C.
1236 Strand Street, Suite 103
St Croix, VI 00820-5008
340-773-6142
Fax: 340-773-3944
Email: jdema@demalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebekka C. Veith**
Fishman Haygood, LLP
201 St. Charles Avenue
Suite 4600
New Orleans, LA 70170
Email: rveith@fishmanhaygood.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anna Katherine Benedict**
Burns Charest LLP
900 Jackson Street
Ste 500
Dallas, TX 75202
469-904-4550
Fax: 469-444-5002
Email: abenedict@burnscharest.com
*ATTORNEY TO BE NOTICED*

**Brian James Mersman**
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
616-460-8094

**EXHIBIT 14**

Email: bmersman@thelambertfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**C Hogan Paschal**
201 St. Charles Avenue
46th floor
New Orleans, LA 70170
504-556-5549
Fax: 504-949-8202
Email: hpaschal@fishmanhaygood.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
Fishman Haygood
201 St. Charles Avenue
46th Floor
New Orleans, LA 70170
504-556-5573
Email: cjonakin@fishmanhaygood.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
Fishman Haygood, LLP
201 St. Charles Avenue
Ste 46th Floor
New Orleans, LA 70170
504-556-5507
Email: hpaschal@fishmanhaygood.com
*ATTORNEY TO BE NOTICED*

**Daniel H. Charest**
Burns Charest LLP
900 Jackson Street
Suite 500
Dallas, TX 75202
469-904-4550
Fax: 469-444-5002
Email: dcharest@burnscharest.com
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
Lambert Zainey Smith & Soso, PLC
701 Magazine Street
New Orleans, LA 70130
504-581-1750
Fax: 504-529-2931
Email: hlambert@lambertzainey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**

The Lambert Firm, PLC
701 Magazine St.
70130
New Orleans, LA 70130
504-581-1750
Fax: 504-529-2931
Email: czainey@lambertzainey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julie Schwartzwald Meaders**
Fishman Haygood, LLP
201 St. Charles Avenue
Ste 46th Floor
New Orleans, LA 70170
504-586-5260
Fax: 504-387-6790
Email: jmeaders@fishmanhaygood.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerry J Miller**
201 St. Charles Ave
46th Floor
New Orleans, LA 70170
504-556-5549
Fax: 504-949-8202
Email: kmiller@fishmanhaygood.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerry James Miller**
Fishman Haygood, LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
504-556-5549
Fax: 504-949-8202
Email: kmiller@fishmanhaygood.com
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
Lee J. Rohn & Associates
1101 King Street
St. Croix, VI 00820
340-778-8855
Fax: 340-773-2954
Email: lee@rohnlaw.com
*ATTORNEY TO BE NOTICED*

**Paul C Thibodeaux**
201 St. Charles Avenue
Suite 4600
New Orleans, LA 70170
504-581-1750

Fax: 504-529-2931
Email: pthibodeaux@fishmanhaygood.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul Charest Thibodeaux**
Fishman Haygood, LLP
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
504-556-5548
Fax: 504-586-5250
Email: pthibodeaux@fishmanhaygood.com
*ATTORNEY TO BE NOTICED*

**Quinn Burns**
Burns Charest LLP
900 Jackson Street
Suite 500
Dallas, TX 75202
469-904-4550
Email: qburns@burnscharest.com
*ATTORNEY TO BE NOTICED*

**Rebekka Veith**
Fishman Haygood, LLP
201 St. Charles
Ste 4600
New Orleans, LA 70710
504-556-5545
Email: rveith@fishmanhaygood.com
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
9003 Havensight Mall, Ste 319
St Thomas, VI 00802
340-779-7386
Fax: 340-714-5080
Email: jjones@vienvironmentallaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris Christian**                    represented by **John K Dema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebekka C. Veith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian James Mersman**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**C Hogan Paschal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerry J Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul C Thibodeaux**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Thompson**                 represented by  **C Hogan Paschal**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John K Dema**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Anna Katherine Benedict**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian James Mersman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel H. Charest**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerry J Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Delia Almestica**                    represented by **John K Dema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebekka C. Veith**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anna Katherine Benedict**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian James Mersman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**C Hogan Paschal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel H. Charest**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerry J Miller**
(See above for address)
*TERMINATED: 04/24/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul C Thibodeaux**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Jennifer Jones
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlos Christian**                    represented by   **John K Dema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebekka C. Veith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian James Mersman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**C Hogan Paschal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerry J Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul C Thibodeaux**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Rexach-Constantine**                    represented by    **C Hogan Paschal**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John K Dema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebekka C. Veith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian James Mersman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerry J Miller**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul C Thibodeaux**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mervyn Constantine**      represented by **C Hogan Paschal**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John K Dema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebekka C. Veith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian James Mersman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Kerry J Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul C Thibodeaux**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Neal Davis**                          represented by **John K Dema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebekka C. Veith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian James Mersman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**C Hogan Paschal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerry J Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul C Thibodeaux**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edna Santiago**                    represented by **John K Dema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Katherine Benedict**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian James Mersman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**C Hogan Paschal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerry J Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Guidrycia Wells**        represented by     **John K Dema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Katherine Benedict**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian James Mersman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**C Hogan Paschal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel H. Charest**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerry J Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul C Thibodeaux**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**O'Shay Wells**                    represented by **John K Dema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian James Mersman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**C Hogan Paschal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerry J Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul C Thibodeaux**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aaron G Maynard**                    represented by    **C Hogan Paschal**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John K Dema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian James Mersman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerry J Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul C Thibodeaux**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Verne McSween**                    represented by    **C Hogan Paschal**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John K Dema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian James Mersman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerry J Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rochelle Gomez**                           represented by **John K Dema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian James Mersman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**C Hogan Paschal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerry J Miller**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul C Thibodeaux**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Myrna Mathurin**                     represented by  **John K Dema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian James Mersman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**C Hogan Paschal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joan Mathurin**                    represented by   **C Hogan Paschal**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John K Dema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian James Mersman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul C Thibodeaux**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leoba John-Baptiste-Pelle**                    represented by **John K Dema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian James Mersman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**C Hogan Paschal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerry J Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Warrington Chapman**                    represented by **John K Dema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebekka C. Veith**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian James Mersman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**C Hogan Paschal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerry J Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul C Thibodeaux**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Marie John-Baptiste**                represented by **C Hogan Paschal**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John K Dema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebekka C. Veith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian James Mersman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerry J Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul C Thibodeaux**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Minor Child "J.M.M."**
*by and through his mother Anna Rexach-Constantine*

represented by **Brian James Mersman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John K Dema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Minor Child "V.M."**
*by and through his mother Anna Rexach-Constantine*

represented by **Brian James Mersman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

J Christopher C Zainey , Jr
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John K Dema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Minor Child "Z.R.C."**
*by and through his mother Anna Rexach-Constantine*

represented by **Brian James Mersman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hugh P Lambert**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Christopher C Zainey , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John K Dema**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carly Jonakin McCleskey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Hogan Paschal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lee J Rohn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Minor Child "M.M."**                          represented by   **Brian James Mersman**
*by and through his mother Anna Rexach-*                         (See above for address)
*Constantine*                                                    *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Hugh P Lambert**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **J Christopher C Zainey , Jr**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Jennifer Jones**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **John K Dema**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Carly Jonakin McCleskey**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Caroline Hogan Paschal**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Lee J Rohn**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Minor Child "O.N."**                    represented by    **Brian James Mersman**
*by and through his mother Guidrycia Wells*                (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Hugh P Lambert**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **J Christopher C Zainey , Jr**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jennifer Jones**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **John K Dema**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Carly Jonakin McCleskey**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Caroline Hogan Paschal**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Lee J Rohn**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Limetree Bay Ventures, LLC**          represented by    **Carl A Beckstedt , III**
                                                           Beckstedt and Associate
                                                           2162 Church Street
                                                           Christiansted, VI 00820-4604
                                                           340-719-8086
                                                           Fax: 800-886-6831

Email: carl@beckstedtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Kuczynski**
Law Office Of Beckstedt & Associates
2162 Church Street
Christiansted, VI 00820
340-719-8086
Fax: 800-886-6831
Email: robb@beckstedtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam B. Zuckerman**
Baker Donelson Bearman Caldwell &
Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
504-566-5200
Fax: 504-636-4000
Email: azuckerman@bakerdonelson.com
*ATTORNEY TO BE NOTICED*

**Amy Lewis Champagne**
Baker Donelson
Jackson Office
100 Vision Drive
Suite 400
Jackson, MS 39236
601-351-8912
Email: achampagne@bakerdonelson.com
*ATTORNEY TO BE NOTICED*

**Kenneth M Klemm**
Baker Donelson
201 St. Charles Avenue
Ste 36th Floor
New Orleans, LA 70170
504-566-5258
Fax: 504-636-3958
Email: kklemm@bakerdonelson.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arc Light Capital Partners, LLC**          represented by **Charles Edward Lockwood**
Nichols, Newman, Logan & Gray P.C.
1131 King St
Ste 24
Christiansted, VI 00820
340-773-3200
Fax: 340-773-3409
Email: clockwood@dnfvi.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexis Hill**
Kirkland & Ellis, LLP
Litigation
1301 Pennsylvania Ave., NW
Washington, DC 20004
202-389-3229
Email: alexis.hill@kirkland.com
*ATTORNEY TO BE NOTICED*

**Anna Rotman**
Kirkland & Ellis LLP
609 Main Street
Ste 4500
Houston, TX 77002
713-836-3750
Email: anna.rotman@kirkland.com
*ATTORNEY TO BE NOTICED*

**Daniel T. Donovan**
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
202-389-5174
Email: daniel.donovan@kirkland.com
*ATTORNEY TO BE NOTICED*

**Erin Quick**
Burns Bair LLP
10 E. Doty Street
Suite 600
Madison, WI 53703
608-286-2037
Email: equick@burnsbair.com
*TERMINATED: 04/24/2024*
*PRO HAC VICE*

**Gregg R Kronenberger**
Dudley Newman Feuerzeig, LLP
1311 King Street
Suite 204
Christiansted, VI 00820
340-773-3200
Fax: 340-773-3409
Email: gkronenberger@dnfvi.com
*ATTORNEY TO BE NOTICED*

**Jennifer G. Levy**
Kirkland & Ellis LLP
1301 Pennsylvania Avenue., N.W.
Washington, DC 20004
202-389-5211

Fax: 202-389-5200
Email: jlevy@kirkland.com
*ATTORNEY TO BE NOTICED*

**Mary Elizabeth Miller**
Lehotsky Keller Cohn LLP
200 Massachusetts Ave, NW
Suite 700
Washington, DC 20001
202-389-5933
Fax: 512-727-4755
Email: mary@lkcfirm.com
*TERMINATED: 04/24/2024*
*PRO HAC VICE*

**Matthew Scott Owen**
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
202-389-5943
Email: matt.owen@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meredith Pohl**
Kirkland & Ellis LLP
1301 Pennsylvania Ave, N.W.
Washington D.C., DC 20004
202-389-3185
Email: meredith.pohl@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Freepoint Commodities, LLC**    represented by    **J. Daryl Dodson**
Moore, Dodson and Russell
Suite 310
St Thomas, VI 00802
340-777-5490 ext 224
Fax: 340-777-5498
Email: daryl@mdrvi.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra M. Lyon**
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
212-918-3000
Fax: 212-918-3100
Email: alexandra.lyon@hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Arthur Justin Herskowitz**
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
212-918-3000
Fax: 212918-3000
Email: arthur.herskowitz@hoganlovells.com
*TERMINATED: 07/24/2024*

**Elizabeth Clarke Milburn**
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
212-918-3000
Email: tina.milburn@hoganlovells.com
*TERMINATED: 09/17/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Francis Healy**
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
212-918-3119
Fax: 212-918-3100
Email: francis.healy@hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kanaan Le'Roy Wilhite**
MOORE DODSON & RUSSELL
5035 14A NORRE GADE
PO Box 310
ST.THOMAS, VI 00802
340-777-5490
Fax: 340-777-5498
Email: kanaan@mdrvi.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melvin Brosterman**
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
212-918-3000
Fax: 212-918-3100
Email:
melvin.brosterman@hoganlovells.com
*TERMINATED: 11/05/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**EIG Global Energy Partners, LLC**           represented by  **Adam Nicholas Marinelli**
Bolt Nagi PC
Attorneys At Law
Merchant Financial Center 4608 Tutu Park
Mall Suite 202
St. Thomas, VI 00802-1735
340-774-2944
Fax: 340-776-1639
Email: amarinelli@vilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Hammond**
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
212-819-8297
Email: ahammond@whitecase.com
*TERMINATED: 09/26/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Isaac Glassman**
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
212-819-8200
Email: isaac.glassman@whitecase.com
*TERMINATED: 09/26/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam B. Zuckerman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy Lewis Champagne**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth M Klemm**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**BP Products North America**           represented by  **Lori B. Leskin**
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
212-836-8000
Email: lori.leskin@kayescholer.com
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rhonda R. Trotter**
Arnold & Porter Kaye Scholer LLP
777 S. Figueroa Street
Suite 4400
Los Angeles, CA 90017
213-243-4153
Fax: 213-243-4199
Email: rhonda.trotter@arnoldporter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Franciscovich**
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
212-836-8000
Email:
robert.franciscovich@arnoldporter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Schuyler A Smith**
Hamilton, Miller & Birthisel LLP
150 Southeast Second Avenue
Suite 1200
Miami, FL 33131
305-379-3686
Fax: 305-379-3690
Email: ssmith@hamiltonmillerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andres Pino**
Hamilton, Miller & Birthisel, LLP
150 Southeast 2nd Avenue
Ste 1200
Miami, FL 33131
305-379-3686
Email: andresap@gmail.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Chivonne Thomas**
Hamilton, Miller & Birthisel
150 Southeast 2nd Avenue
Suite 1200
Miami, FL 33131
305-379-3686
Fax: 305-379-3690

Email: cthomas@hamiltonmillerlaw.com
*ATTORNEY TO BE NOTICED*

**Jennifer Quildon Brooks**
Hanilton, Miller & Birthisel, LLP
150 SE SECOND AVE
STE. 1200
Miami, FL 33131
305-379-3686
Fax: 305-379-3690
Email: jmiller@hamiltonmillerlaw.com

**Tracy Myers**
Hamilton, Miller & Birthisel, LLP
150 Southeast Second Ave.
Suite 1200
33131
Miami, FL 33131
570-951-7039
Email: tmyers@hamiltonmillerlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Limetree Bay Terminals, LLC**                    represented by   **Carl A Beckstedt , III**
*doing business as*                                                 (See above for address)
Ocean Point Terminals                                              *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Earnesta L. Taylor**
                                                                   Beckstedt & Kuczynski
                                                                   2162 Chruch St.
                                                                   Christiansted, VI 00820
                                                                   340-719-0601
                                                                   Fax: 800-886-6831
                                                                   Email: earnesta@beckstedtlaw.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Robert J. Kuczynski**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Aaron Cohn**
                                                                   Weinberg, Wheeler, Hudgins, Gunn and
                                                                   Dial
                                                                   3350 Virginia Street
                                                                   Suite 500
                                                                   Miami, FL 33133
                                                                   305-455-9500
                                                                   Email: acohn@wwhgd.com
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Aimee Adams**

Weinberg Wheeler Hudgins Gunn and Dial
255 South Orange Avenue
1260
Orlando, FL 32801
407-734-7024
Email: aadams@wwhgd.com
*TERMINATED: 03/19/2025*

**Christopher Gray Garten**
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Rd
Ste 2400
Atlanta, GA 30326
404-591-9620
Email: cgarten@wwhgd.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ethan Wilkinson**
Weinberg, Wheeler, Hudgins, Gunn & Dial,
LLC
100 Corporate Parkway
One Lake Level
Birmingham, AL 35242
205-572-4104
Email: ewilkinson@wwhgd.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Anne Adler**
Weinberg Wheeler Hudgins Gunn & Dial
LLC
Weinberg Wheeler Hudgins Gunn & Dial
LLC
3344 Peachtree Road NE
Suite 2400
Atlanta, GA 30326
404-832-9524
Fax: 404-875-9433
Email: jadler@wwhgd.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jose Antonio Herrera Paez**
Weinberg, Wheeler, Hudgins, Gunn and
Dial
3350 Virginia Street
Ste 500
Miami, FL 33133
305-455-9500
Email: jherrerapaez@hinshawlaw.com
*TERMINATED: 03/13/2025*

**Nicholas Peter Panayotopoulos**

Weinberg, Wheeler, Hudgins, Gunn & Dial,
LLC
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, GA 30326
404-876-2700
Fax: 404-875-9433
Email: NPanayo@wwhgd.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald Schirtzer**
Weinberg, Wheeler, Hudgins, Gunn and
Dial
255 South Orange Avenue
Suite 1260
Orlando, FL 32801
407-734-7009
Email: rschirtzer@wwhgd.com
*ATTORNEY TO BE NOTICED*

**Shubhra Mashelkar**
Weinberg, Wheeler, Hudgins, Gunn and
Dial
Georgia
3344 Peachtree Road, NE
Suite 2400
Atlanta
Atlanta, GA 30326
404-876-2700
Fax: 404-875-9433
Email: smashelkar@wwhgd.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William J. Sheppard**
Weinberg, Wheeler, Hudgins, Gunn and
Dial
3344 Peachtree Road
Suite 2400
Atlanta, GA 30326
404-876-2700
Fax: 404-875-9433
Email: wsheppard@wwhgd.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Limetree Bay Refining, LLC**
*other*
as an Intervenor

represented by **Carl A Beckstedt , III**
(See above for address)
*TERMINATED: 11/01/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Kuczynski**
(See above for address)
*TERMINATED: 11/01/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan C. Stutznman**
CSA Associates, P.C.
1138 King Streett
Suite 100
Christiansted, VI 00820
340-773-3681
Email: RStutzan@saastx.vi
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan C. Stutzman**
CSA Associates, PC
1138 King Street
Suite 100
Christiansted, VI 00820
340-474-5544
Email: rstutzman@saastx.vi
*ATTORNEY TO BE NOTICED*

**Defendant**
**Limetree Bay Holdings, LLC**               represented by  **Alexis Hill**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Anna Rotman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Daniel T. Donovan**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jennifer G. Levy**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Matthew Scott Owen**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Meredith Pohl**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**
**Limetree Bay Preferred Holdings, LLC**     represented by  **Alexis Hill**
                                                             (See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anna Rotman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel T. Donovan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer G. Levy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Scott Owen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meredith Pohl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ArcLight Energy Partner Fund VI, L.P.**     represented by   **Alexis Hill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anna Rotman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles Edward Lockwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel T. Donovan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregg R Kronenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer G. Levy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Scott Owen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meredith Pohl**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arcllight AIV, LP**                    represented by **Alexis Hill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anna Rotman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles Edward Lockwood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel T. Donovan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregg R Kronenberger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer G. Levy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Scott Owen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meredith Pohl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Universal Plant Services, (VI), LLC**    represented by **Karin A. Bentz**
Law Offices of Karin A. Bentz, P.C.
7605 Lower Hull
St Thomas, VI 00802
340-774-2669
Email: kbentz@virginlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle M. Byers**
Campbell, Conroy & O'Neil PC
Campbell Conroy & O'Neil
20 City Square
Suite 300
02129
Charlestown, MA 02129
617-241-3000

Fax: 617-241-5115
Email: mbyers@campbell-trial-lawyers.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Excel Construction and Maintenance VI, Inc.**    represented by    **Stefan B. Herpel**
Dudley Newman Feuerzeig LLLP
1131 King Street
Ste 204
St. Croix, VI 00820
340-773-3200
Email: sherpel@dnfvi.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charlotte K Perrell**
Dudley Newman Feuerzeig LLP
1000 Frederiksberg Gade
St. Thomas 00802
United States Virgin Islands
3407744422
Email: cperrell@dnfvi.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Elite Turnaround Specialists, Ltd.**    represented by    **Adam G. Christian**
Ogletree Deakins Law Firm
1336 Beltjen Road
Thr Tunick Building Suite 201
St. Thomas, VI 00802
340-714-1235
Fax: 340-714-1245
Email:
adam.christian@ogletreedeakins.com
*ATTORNEY TO BE NOTICED*

**Brendan Doherty**
Gieger, Laborde & Laperouse
5151 San Felipe
Ste 750
Houston, TX 77056
832-255-6000
Email: bdoherty@labordesiegel.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pinnacle Services LLC**    represented by    **Alex M Moskowitz**
Dudley Newman Feuerzeig LLP
1000 Frederiksberg Gade
PO Box 756
St. Thomas, VI 00804
340-513-7243
Email: amoskowitz@dnfvi.com
*ATTORNEY TO BE NOTICED*

Ke Zhang
Lewis Brisbois Bisgaard & Smith
Georgia
600 Peachtree St NE
Suite 4700
Atlanta
Atlanta, GA 30308
404-476-2068
Email: kim.zhang@lewisbrisbois.com
*ATTORNEY TO BE NOTICED*

**Keith Kodosky**
Lewis Brisbois Bisgaard & Smith
600 Peachtree Street NE, Suite 4700
Atlanta, GA 30308
404-991-2183
Fax: 404-467-8845
Email: keith.kodosky@lewisbrisbois.com
*ATTORNEY TO BE NOTICED*

**Martin A Shelton**
Lewis Brisbois Bisgaard & Smith
600 Peachtree Street
Suite 4700
Atlanta, GA 30308
404-476-2009
Email: martin.shelton@lewisbrisbois.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Versa Integrity Group, Inc.**          represented by   **Michael L. Sheesley**
Michael L. Sheesley LLC
Condo Torre Del Mar, Apt 2201
1477 Ashford Ave
San Juan, PR 00907
412-972-0412
Email: michael@sheesley-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon F Carmer , Jr**
Maron Marvel Bradley Anderson & Tardy,
LLC
201 St. Charles Ave., Ste. 2411
New Orleans, LA 70170
504-321-9336
Email: jcarmer@maronmarvel.com
*ATTORNEY TO BE NOTICED*

**Rob Dille**
Maron Marvel Bradley Anderson & Tardy
201 St Charles Ave
Suite 2411

New Orleans, LA 70170
504-684-5100
Fax: 504-613-0067
Email: rdille@maronmarvel.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**National Industries Services, LLC**                    represented by **Kevin F. D'Amour**
                                                          Kevin F. D'Amour, P.C.
                                                          5143 Palm Passage
                                                          Suites 20c & 21c
                                                          St. Thomas, VI 00802-3405
                                                          340-774-8188
                                                          Email: kdamour@usvilawfirm.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Gaylin Vogel**
                                                          Law Office of Kevin F. D'Amour, PC
                                                          PO Box 10829
                                                          St Thomas, VI 00801
                                                          340-774-8188
                                                          Fax: 340-7776-8664
                                                          Email: gvogel@usvilawfirm.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Hadley J. Hurst**
                                                          Law Offices of Carol G. Hurst
                                                          5143 Palm Passage
                                                          Suite 18&19
                                                          Charlotte Amalie, VI 00802
                                                          340-513-9558
                                                          Email: hjhurst@hurstvilaw.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**
**John Does 1-100**

**Defendant**
**Limetree Bay Refining LLC**
*Intervenor*

**Defendant**
**Limetree Bay Energy, LLC**                             represented by **Adam B. Zuckerman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Material Witness**
**Roland Riviere**                                       represented by **Alex M Moskowitz**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Lisa Michelle Komives**