IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIMETREE BAY VENTURES, LLC,** et al.,<br><br>Defendants. | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>Plaintiffs,<br>v.<br>**LIMETREE BAY VENTURES, LLC,** et al.,<br>Defendants. | **Civil Action No. 2021-0259** |
| **FRANCIS E. CHARLES and THERESA J. CHARLES,**<br>Plaintiffs,<br>v.<br><br>**LIMETREE BAY VENTURES, LLC,** et al.,<br>Defendants. | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br><br>Plaintiffs,<br>v.<br>**LIMETREE BAY VENTURES, LLC,** et al.,<br>Defendants. | **Civil Action No. 2021-0261** |

Boynes, Clifford, et. al. v. Limetree Bay Ventures, LLC, et. al. (Class Action), Case No. 1:21-CV-00253-WAL-GWC
**PROPOSED ORDER**
Page 2

## ORDER

**THIS MATTER** having come before the Court on Plaintiffs' **EMERGENCY MOTION TO COMPEL FERMIN RODRIGUEZ TO APPEAR FOR DEPOSITION** dated October 3, 2025 and the Court having been advised in its premises, it is;

**ORDERED** that Plaintiffs' Emergency Motion to Compel is **GRANTED**, and further;

**ORDERED** that Fermin Rodriguez shall appear for deposition on October 15, 2025, at 9:00 a.m., at the Law Offices of Lee J. Rohn and Associates, LLC, 56 King Street, Third Floor, Christiansted, VI 00820; and it is further

**ORDERED** that Mr. Rodriguez is cautioned that while he may assert his rights under the Fifth Amendment to the United States Constitution, he may not refuse to testify altogether and may only invoke the privilege on a question-by-question basis; and it is further

**ORDERED** that failure to comply with this Order may subject Mr. Rodriguez to sanctions, including but not limited to contempt of court, monetary penalties, and any other relief deemed appropriate by this Court.

**SO ORDERED** this _____ day of _____ 2025.

                                                        **G. Alan Teague**
                                        U.S. Magistrate Judge of the District Court