

𝔖upreme 𝔈ourt of 𝔓ennsylvania

## CERTIFICATE OF GOOD STANDING

### *Daniel Thomas Brier, Esq.*

**DATE OF ADMISSION**

*November 16, 1988*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  May 14, 2026**

Elizabeth E. Zisk
Chief Clerk

**EXHIBIT B**